M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Louis E. Miles JR / Montgomery )
Full name and prison name of County Jail )
Plaintiff(s) )
 )
v. )
 )
Montgomery City Police Dept, )
Officer Dickey, Mayor )
Bobby Bright, Chief Art )
Baylor, MPD Detective #259 )
Mr. McCord ET. AL. )
 )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED

2007 OCT 23  A 10: 42

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:07CV950-MHT
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

SCANNED
[signature] 10-23-07

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Perry County Correctional Center, RT.2 Box 176 Hwy 80, Uniontown Al 36786_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _3996 Birmingham Hwy, Montgomery, AlA 36108_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Montgomery City Police Dept, ET.AL  320 North Ripley St, Montgomery AlA 36104-2720
2. Officer Dickey ET.AL \ Individual Capacity
3. Mayor: Bobby Bright ET.AL.
4. Chief of Police Dept. Art Baylor ET.AL
5. M.P.D\Detective #259 M. McCord ET.AL\Individual Capacity
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _9-10-07 at Appro 1:00 Am_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Using Excessive Force_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Officer Dickey had his pistol drawn on me and order me to lay face down, which I obey, but officer Dickey turn his dog leash loose for his dog could attack me when there was no sign of a threat, so I was bite over 40 time. "Now my left arm is disfigure"

GROUND TWO: Using cruel and unusual punishment

SUPPORTING FACTS: I obey and layed face down and showed no threat to the officer or dog, Officer Dickey commanded his dog to attack me and allowed the dog to bite me over 40 time on my left arm. Before calling the dog off. Still holding his pistol on me. Then I was handcuffed behind my back for over 40 min no regard to my injuries, bleeding heavy and hurting badly

GROUND THREE: Wrongful Arrest

SUPPORTING FACTS: I was charge with First Degree Theft of property, but I was arrested on the scene and no property was lost, stolen, damage or taken from the business, so I'am sitting in jail on a $30,000.00 Thousand Dollar Bond for the false charge. Shoulder been a attemp to theft or a misdormeanor. So Detective #259 M. McCord conspired with the city police with a false charge and used cruel and unusual punishment, because he had full knowlege that I was badly injury with stitches in 3 places in my left arm. But he place me in a holding cell with my hand cuffed behind my

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(1.) I WANT This court To Review This case and Find That montgomery city police Dept, officer Dickey, mayor: Bobby Bright, and chief: Art Baylor Are Guilt of All Three Violation in Their official capacity.....
«Continued»

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-20-07
                  (Date)

_____
Signature of plaintiff(s)

And please Reward me $1.5 million Dollar From each one of these Defendant's, Because I am suffering from Mental Stress, paranoid, Trumtize, Disfigure and Liveing with pain and Scars.

(2.) I want this Court to find Officer Dickey Guilty of all three violation. IN HIS Individual Capacity and Reward me $1.5 million Dollar for his ill-will action. That has cause me to suffer mental stress, paranoid, Trumtize Disfigure and Liveing with pain and scars.

(3.) I want this court to find the city Detective #259 M. McCord Guilty of the violations for wrongful arrest and cruel + unusual punishment. In his official capacity and his Individual capacity and Reward me the sum of $500.000.00 Thousand Dollar. For his ill-will action.

(4.) I want this court to place a lean on both officer Dickey and city Detective #259 M. McCord Home, Car's, income property and asset and also place both on leave without pay to the out come of this matter. To protect other citizens of this state..... Continue

Therefore, I Louis E. miles Jr. prays This Honorable court <u>GRANT</u> And <u>Reward</u> me The Full sum of <u>$ 8.0 million Dollar's</u> For A Good And Just Cause.

x  Louis E. miles Jr
(PLAINTIFF)

I declare under penalty of perjury That The foregoing is True And correct Executed on  10-20-07
(DATE)

x Louis E. miles Jr
PLAINTIFF

## Plaintiff Statement of Fact's of The Arrest of 9-10-07

On September 10, 2007 at approximately 1:00 AM I, Louis E. Miles Jr. was at a plumbing business located on Birmingham Hwy in Montgomery Alabama, loading some brass and copper fitting's into the rear of my 1994 green Chevrolet Jeep Cherokee. During my last exit of the building, I was approached by Officer Dickey of the Montgomery Police Dept. with his side arm (pistol) drawn in his right hand and a leash in his left hand with his K-9 shepherd on it. Standing approximately 15 feet away and ordered me to lay on the ground in a face down position, as I followed the order of Officer Dickey, and showing NO immediate threat or danger, it was then that Officer Dickey let go of his leashed K-9 and commanded it to attack me. I was bitten over 40-time's in different area's of my left arm (see attached photo's and diagrams) as I pleaded over 20 times for Officer Dickey to stop the attack. Officer Dickey did NOT stop the attack until another police officer (name unknown at this time) approached the scene. Then Officer Dickey retrieved the dog from the attack. He began verbally rewarding and thanking the dog for what he had done to me, at this moment, the ........

(1.)

officer that approached (name unknow at this time). With NO regard's to my injuries and using excessive force grabbed my arms in a jerking motion, placed them behind my back with unnecessary force and place hand-cuffs on my wrist, as I was bleeding badly. I then ask the assisting officer (name unknown) to get my precriptioned eye-glasses and he purposely stepped on them and broke them as he stated: "you want be needing these anymore" I then started pleading and begging both officer to get me some medical attention because of the bite's and the fact that I was losing an enormous amount of blood. They both stated to me in a threating tone that if I did not stop hollering and be quit that they would allow the dog to attack me again. 20 minutes after my apprehension and attack from the dog, I was escorted on foot to the outside front of the building where I remained handcuffed and was ordered by one of the law officer to get onto my knee's. It was then that a third officer (name unknown at this time) arrived at the scene and asked if the paramedics had been called to the scene. The second officer reply was "NO". The 3rd officer then called for the paramedics to come to the scene..." (2.)

which took 15 more minute. So the paramedics arrived and asked the officer to take the cuffs off of me for he can bandage my arm. So the paramedics told the officer I need to go to the hospital and get stitches. So my hands was cuffed behind my back again. So I was loaded into a police car, and taken to Jackson Hospital. So I arrived at Jackson Hospital around 2:00 AM and seen a nurse than a doctor within 10 minutes. The doctor came in and order the nurse to give me a shot of anti-biotic in my hip and than the doctor washed my left arm with something and pushed my <u>musche back in my biceps</u> and stitched me up in 3 different place on my left arm. But I had over <u>40 more puncture wounds</u> from the dog attack on that same left arm. But the doctor order the nurse to bandage my arm, while he wrote my prescription for <u>LOTAB</u> & <u>ANTI-BIOTIC</u>. Then the doctor told me to let the bandage stay on 3 day and come back in 10 day to get the stitches out. So the doctor discharge me to the police car. So I was hand cuffed behind my back again and I was loaded into a police car at 2:45 AM and taken to the city jail Detective Division where I was put in a holding cell with the cuff

still behind my back by Detective #259 M. McCord. So I stay in this holding cell with nothing but a hole in the floor. So I had to lay on the floor for 3½ hour with the cuffs still behind my back after being stitched up in 3 places on my left arm. So the Detective #259 M. McCord was conspireing with the city police officer and continue to use cruel and unusual punishment and charge me with a wrongful arrest. Because I was charge with burglary 3rd & Theft First, but I was arrested on the scene and there wasn't nothing taken, stolen, lost or damage from the business. So Theft First is a false and wrongful charge.

At 6:20 AM the Detective #259 finally walked me around to be booked in the city jail. At this moment the jailer asked the investigator, did he have my medical record and his reply was No. So I was without a prescription, because the K-9 officer who brought me to the city investigator divison didn't leave the medical paper work.

So I was booked in the city jail at 6:30 am on 9-10-07 and I was transferred to the county jail at 8:30 pm on 9-11-07. Once I arrived at the county jail a nurse was called too talk with me, so I was admitted in the Hospital ward the next morning 9-12-07 at 7:30 am, where I seen the ——

(5.)

Head Nurse and she prescribe me 7days of pain and infection medicine because my arm was swollen so big from the dog attack. I asked for some sleeping medicine because every since the dog attack I haven't been able to sleep at night, I also day dream as well as night mare's when I try to sleep. ((All my thought's stay on the dog attack)) So I was referred to see the mental health nurse. Which I seen on the 9-19-07. Now I am waiting to see the mental health doctor to see can he help me over come this fear of stress I am going through. Also on 9-19-07 my stitches was taken out and I seen the medical Doctor 9-21-07 and he discharge me from the hospital ward to population. So I was moved to population 9-22-07. Now I am waiting to see the mental health Doctor. Because I am confuse to why a police officer would do a evil ill-will to any person. But the ordeal has left me stressed, tramtize paranoid, disfigured and liveing with scar's and with bad pain. So I need help and relief to put a closer on this matter. Also the arrest report that is (attached) clearly show that I <u>didn't resist arrest</u>, nor did

(2.) I HAVE <u>NO INJURIES UNTIL</u> OFFicer Dickey order The Dog ATTAck.

(3.) The Arrest Report <u>clearly show</u> I WAS <u>sober</u>.

(4.) The Arrest Report <u>clearly show</u> I <u>didn't HAVE A weapon</u>

(5.) The Arrest Report <u>clearly show & states</u> THAT I WAS Released T̶o̶ The city Jail with <u>LACERATION'S Too Both Arm's</u>.

(6.) The Arrest Report <u>clearly show & states</u> THAT I WAS Charge with A <u>Theft of property 1st Degree</u>

(7.) Also I HAVE "ATTAched" ~~i~~ True and sworn Affidavit THAT I mailed Too MPD <u>chief: ART</u> Baylor Requesting All Document pretaining Too my Arrest of 9-10-07.

I declare under penalty of perjury That The foregoing is True And correct:

Executed on: <u>10-20-07</u>
                    DATE

x <u>Louis E. miles Jr</u>
      PLAINTIFF

(6)

# ALABAMA UNIFORM ARREST REPORT
## 004280

DATA PROCESSED

Fingerprinted: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0030100 | Montgomery Police Department | | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Miles, Lewis, Earl | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☐W ☒B ☐A ☐I | 6'00" | 200 | bro | blk | med | ☒SCARS ☐MARKS ☐TATTOOS ☐AMPUTATIONS |

| 15 PLACE OF BIRTH | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISC ID # |
|---|---|---|---|---|
| Montgomery, Al. | [redacted] | 07/15/63 | 44 | |

| 20 SID # | 21 FINGERPRINT CLASS KEY | 22 DL # | 23 ST |
|---|---|---|---|
| | | | |

| 24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS | 28 RESIDENCE PHONE | 29 OCCUPATION |
|---|---|---|---|
| | 4567 Lonesome Pine Drive Mont. Al. 36116 | (334) 288-6388 | Self-Employed |

| 30 EMPLOYER | 31 BUSINESS ADDRESS | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

**ARREST**

| 33 LOCATION OF ARREST | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| 3996 Birmingham Hwy Montgomery, Al. 36108 | 1 2 | ☒ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐DRUNK ☒SOBER ☐DRINKING ☐DRUGS | 37 RESIST ARREST? ☐YES ☒NO | 38 INJURIES? ☒NONE ☐OFFICER ☐ARRESTEE | 39 ARMED? ☐Y ☒N | 40 DESCRIPTION OF WEAPON ☐HANDGUN ☐RIFLE ☐SHOTGUN ☐OTHER FIREARM ☐OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 09/10/07 | 10:51 ☐AM ☒MIL ☐PM | 1 ☒2 3 4 5 6 7 | ☐ON VIEW ☐CALL ☒WARRANT | ☒YES ☐NO ☐UNKNOWN |

| 46 CHARGE-1 ☒FEL ☐MISD | 47 UCR CODE | 48 CHARGE-2 ☒FEL ☐MISD | 49 UCR CODE |
|---|---|---|---|
| Burglary 3rd Degree | 04C (05) | Theft of Property 1st Degree | 05A (08) |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | 2007F-01728 | | | 2007F-01727 | |

| 56 CHARGE-3 ☐FEL ☐MISD | 57 UCR CODE | 58 CHARGE-4 ☐FEL ☐MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐HELD ☐BAIL ☐RELEASED ☐TOT-LE ☐OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP/BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐YES ☐NO | 80 STORAGE LOCATION / IMPOUND # |
|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED   ☐ CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐HANDLED AND RELEASED ☐REF. TO JUVENILE COURT ☐REF. TO WELFARE AGENCY ☐REF. TO OTHER POLICE AGENCY ☐REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN | 85 ADDRESS | 86 PHONE |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS | 90 PHONE |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| | Det. M. McCord | MPD / Detective | 259 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| CITY JAIL | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐YES ☐NO ☐PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

HOLD FOR COUNTY

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE):
**********************MINOR LACERATIONS TOO BOTH ARMS PRIOR TO ARREST**********************
TREATED FOR HIS INJURIES AT JACKSON HOSPITAL

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE U / U K |
|---|---|---|
| | [signature] #259 | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER | 112 ID # | 113 ARRESTING OFFICER | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Det. McCord, M.9 | 259 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-34 REV. 10-90