Louis E. Miles JR
#1742 cell 3C-8
Montgomery County Jail
P.O. Box 1667
Montgomery, Ala 36102-1667

9-27-07

To Montgomery City Chief of the
Police Department <u>Art Baylor</u>
320 North Ripley St.
Montgomery, Ala 36104-2720

<u>In Re:</u> <u>Requesting Document and a
vists from the Chief of the City Police Dept.</u>

This is a true and sworn affidavit, by I
Louis E. Miles JR, D.O.B 7-15-63, SSi 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
which, I'm housed at the Montgomery County Jail,
P.O. Box 1667, Montgomery, Ala 36102-1667.

Therefore, I am requesting a copy of the arrest
warrant's for the burglary and the false theft I
was charge with sept 10th 2007, any and all
picture taken at the sceen of the crime. All
medical record from Jackson Hosptial, the arr-
esting officer Dickey full name and his dog
name. Also I need and want a written
statement explaining how I received a $30.000.00
thousand dollar bond for a false first degree

(1)

Theft, from a business that nething was'nt stolen, damage, taken or lost. Sir I am writing because I just wound like for you to look into this case and reveiw Evidence. And forewardor come to vist me with the Information and document to the above address within 10 days. Because There's A conspircay with this case, Because I am the victim and I am suffering from a false Bond, false charge, cruel and unusual punishment, Excessive force Because I obey officer Dickey order and Lay face Down. But that when officer Dickey order his Dog to attack after I was down. And Ahard his Dog to Bite me intil he heard someone coming. officer Dickey Just Looked as his Dog Bite me over 40 time on my left arm Sir !!! "There was never any threat to the officer or the Dog.

This is A sworn Affidavit that I Louis E. miles JR Did write and mailed this Affidavit on the __27__ day of __Sept__ 2007 Requesting Document from the city of montgomery chief of police at 320 north Ripley ST, montgomery\ Ala 36104.

*Louis E. miles*

The Burden of proof is clear

CONTENTS UNACCEPTABLE

← LEFT →  Arm

BACK SIDE BODY

FACE UP

14 stitches

Big sore

Little sore

Skin broken

Elbow

Back side of arm

(Louis E. Miles Jr)

Attempted murder For Real

I got a $30,000.00 Thousand Dollar Bond a Theft First, But Me Thing was damage, taken, stolen or lost From The Business.

All These Bite's is From The Dog ATTACK

Officer Dickey

60 Bite's For Real

Officer Dickey Held The Pistol on me and then order me Face down on the ground. (I obey) I Lay Down And The Man Order The Dog to Kill. So The Dog bite me until Officer Dickey Heard so more no coming

Evidence

cruel & excessive punishment

AND UNUSUAL  Force