IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LOUIS E. MILES, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-950-MHT |
| MONTGOMERY CITY POLICE DEPT., *et al*., | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's request for documents. The record reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this case.

Plaintiff also requests that he be visited by the Chief of the City Police Department. The court concludes that this request is due to be denied.

Accordingly, it is ORDERED that:

1. The Motion for Discovery (*Doc. No. 2*) be and is hereby DENIED at this time; and

2. The Motion for a Visit from the Chief of Police (*Doc. No. 2*) be and is hereby DENIED.

Done, this 29th day of October 2007.


                                            /s/Terry F. Moorer
                                 TERRY F. MOORER
                                 UNITED STATES MAGISTRATE JUDGE