**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Officer McCord
Montgomery Police Department
320 North Ripley Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 10/30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:07CV 950
C+S   12/7/07

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0024 9537

102595-02-M-1540

Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 10/30 |
| 1. Article Addressed to:<br><br>Officer Dickey<br>Montgomery Police Department<br>320 North Ripley Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv950<br>c/o   12/7/07 |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 9483 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540