IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

Louis Earl Mikes Jr.
  Plaintiff

VS.

Montgomery City Police
Dept. ET. AL.
  Defendants

CASE NO# 2:07-CV-950-MHT
(WO)

MAGISTRATE JUDGE:
Terry F. Moorer

## Objection To The Magistrate Judge's Recommendation

Come's Now, The Plaintiff Louis Earl Mikes Jr. as pro-se, In the above style cause, move's this Honorable court with a objection to the Magistrate Judge's Recommendation that was made for dismisser in the plaintiff foregoing 42 USC. -1983 Action.

Plaintiff submitt's that each of the following claim's objected contain the merit required and should be reconsidered for relief sought after carefully reveiwed.

(1.)                              CONTINUE

## Objection To "Some" of the Magistrate Judge Recommendation From 10-30-07

(1.) Plaintiff object to the Magistrate Judge Recommendation to Dismiss his claims against Detective M. McCord #259 for <u>perjury</u> and <u>conspiracy</u>. The Plaintiff has <u>clear proof</u> that Detective M. McCord "<u>perjury</u>" himself with the Montgomery City Police Dept. Because Plaintiff '<u>Memorandom Rights</u>' has never been read or sign for the charge of Theft of Property 1st Degree. Only for the charge of Burglary 3rd Degree at 10:35 AM on 9-10-07. (Attached is a copy of the original Memorandom Rights) Also Detective M. McCord "<u>Conspired</u>" with Montgomery City Police Dept.. Because I give a voluntary statement at 10:42 AM on 9-10-07 (which is attached) concerning a Burglary 3rd Charge, so I admitted to the Burglary because I was arrested on the scene, but I "stated" that nothing was stolen, lost, damage or taken from the business, so there shouldn't been a Theft Charge, so I didn't have no knowlege of the charge of Theft in the 1st Degree intph 9-11-07, with a $30,000.00 Thousand Dollar Bond. So still intph this day my

Memorandom Rights has'nt been Read To me on the Theft charge.

(2.) Plaintiff objecting to the magistrate Judge's Recommendation to Dismiss his claim of "False Imprisonment", Because plaintiff has clear proof that he's being held false Imprisonment on the charge of Theft in the 1st Degree with a $30,000.00 Thousand Dollar Bond. Which has hinder plaintiff his freedom. Plaintiff has never sign or been read his memorandom Right's. This charge of Theft First Case# 2007F-01727 should be Dismissed. (The Warrant of Arrest is attached)

(3A.) Plaintiff objecting to the magistrate Judge Recommendation to Dismiss his claim against "Mayor: Bobby Bright". Bright Being mayor of the city of Montgomery and who duly "Appointed" Art Baylor as chief of the Montgomery police Dept. Should'nt be exempted from this foregoing matter. Defendant's Bright, (Being oversee of the city) had the Responsibility of appointing chief Baylor to his office. Thus, giving him the right to Investigate his qualification's as far as being able to properly monitor and enforce

policy held by someone operating in this professional capacity. Though the doctrine of respondent superior is not applicable under 42 U.S.C. -1983, it is still clear that fair and fundamental practices should be exercised when placing an individual in a position that requires the assurance of the safety and protection of citizens, just as the president of the United States would appoint someone specifically qualified to the U.S. Supreme Court bench. Defendant Bright's position in this matter is clear and "to the point," and shouldn't be exempt, not because of his supervisory position. But because of his neglect to appoint someone who would ensure that the police officer for the city are conducting themselves in a professional manner. Also I the plaintiff object to the magistrate judge recommendation to dismiss Mayor Bobby Bright as a party to the complaint.

(3B.) Plaintiff object to the magistrate judge recommendation to dismiss Defendant "Chief Art Bayhor" who serves as police chief of the city of Montgomery is primarily responsible for the training and conduct of every officer & employee within the police Dept. Additionally,

Defendant Baylor is also responsible for the training of the officer of the K-9 unit as well. Therefore it is clear that fair and fundamental practices should be exercised when placing an individual in a position that requires the assurance of the safety and protection of citizens. Plaintiff object to the magistrate Judge Recommendation to Dismiss chief Art Baylor as a party to the complaint.

(3C.) Plaintiff object to the magistrate Judge's Recommendation to Dismiss Defendant Montgomery city police Dept., Because MCPD is full responsible because they employed officer W.B. Olckey #1521 to be a police officer, with the K-9 unit. Also Montgomery city police Dept. is a legal entity and is subject to suit and liability under section 1983, because according to case# S. Wattson vs. MCDF\MPD. 2000 $790.000.00 Thousand Dollar was rewarded for cruel & unusual punishment for the same claim of a Dog attack. Also I the plaintiff object to the magistrate Judge Recommendation to Dismiss Montgomery city police Dept. as a party to the complaint.

(4.) Plaintiff is "Requesting" to the Magistrate Judge's and Asking this Honorable Court to Respond to why his claim of cruel and unusual punishment wasn't mention in the Recommendation of the Magistrate Judge, because plaintiff has clear proof (Attached is a Arrest Report) of 9-10-07 at 10:51 AM showing plaintiff didn't resist arrest, plaintiff was sober, plaintiff wasn't armed, but I was treated at Jackson Hospital for over 40 dog bite's to his left arm, I the plaintiff had 8 stitche's on one bite, 3 stitche's on one bite, 2 stitche's on one bite and over 40 other bite's.

(5.) Plaintiff is "Requesting" to the Magistrate Judge's and Asking this Honorable Court to Respond to why his Relief Sought Asking for Officer W.B. Dickey #1521 and Detective M. McCord #259 to be place on Leave without pay to the outcome of this matter. Also place a Lean on both defendant's Asset's.

(6.) Plaintiff is "Requesting" to the Magistrate Judge and Asking this Honorable Court to Forward All Attached Document be Returned Back to plaintiff for his record.

(7.) CASE: S. WATTSON VS. MCDF/MPD 2000. Clearly show All Defendant's Are Liable under 1983 Civil Law Suit.

Respectfully Submitted This 7th day of Nov, 2007.

x Louis E. Miles
PLAINTIFF

## Certification of Service

I Hereby certify That A True Copy of The Above And Foregoing Was Served upon The United States District Court, P.O. Box 711, Montgomery, Alabama 36101-0711. By Posting Same in The U.S. Mail, Postage Prepaid And Properly Addressed on This 7th day of Nov, 2007.

x Louis E. Miles
PLAINTIFF

# City of Montgomery, Alabama
# Department of Police

B/M    Lewis Earl Miles    DOB; 7/15/1963
　　　　　　　　NAME

MPD
　　　　　　　　PLACE

9/10/07
　　　　　　　　DATE

1035 hours
　　　　　　　　TIME

Burglary 3rd Degree
　　　　　　　　CHARGE

　　　Before asking you any questions, I must explain to you that you can remain silent. that anything you say can be used against you in court. that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one. If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you. If you want to answer questions now. You can do so, but you can stop at any time.

　　　　　　　　　　　　　　　_[signature]_ #259
　　　　　　　　　　　　　　　OFFICER

　　　I fully understand the foregoing statement and do willingly agree to answer questions. I understand and know what I am doing. No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

　　　　　　　　　　　　　　　_Lewis Miles_

WITNESSES:

_____

_____

10

VOLUNTARY STATEMENT FORM
MONTGOMERY POLICE DEPARTMENT

DIV: Detective          BUREAU: Property              DATE: 9/10/07

NAME: Louis Earl Miles                                AGE: 44 SEX/RACE: M/B
ADDRESS: 4567 Lonesome Pine Drive                     PHONE: 288-6388

CONCERNING: Burglary 3rd Degree

LOCATION OF INTERVIEW   PAB: **YES** NO (SPECIFY): Detective Division

STATEMENT TAKEN BY: Detective M. McCord, #259

Beginning time 1042 Hours.

Q: Sir, state your name?
A: Louis Miles.

Q: Mr. Miles, what's your date of birth?
A: ▇▇▇▇.

Q: Alright, what's your social security number?
A: ▇▇▇▇▇▇▇

Q: Before asking you any questions, did I read you your rights prior to questions?
A: Yes, you did.

Q: Alright, I'm a read them again for the record, okay. Alright. Before asking you any questions I must explain to you that you can remain silent that anything you say can be used against you in court, that you can talk to a lawyer first and that you have the right to the advise and presence of a lawyer even though you cannot afford to hire. If you cannot afford to hire a lawyer and want to have one present before we question you. You understand your Rights?
A: Yes.

Q: Alright, you can answer questions and stop at anytime, you understand that?
A: Yes.

Q: Okay, is that your signature at the bottom?
A: Yes.

Q: On today's date, September the 10th, 2007 at approximately 1:20 in the morning. Tell me what took place at 3996 Birmingham Highway, that's gonna be the location and of Main Line Supply, Pluming Supply Company. Alright, what took place.

ry/D5657                    Page 1 of 3

A: I was at the place of business had the truck full on the back. I was loading up.

Q: Okay, tell me what happen prior to...
A: ...**INAUDIBLE**.

Q: Tell me what happened prior to that. How did you end up at that location?
A: I took a friend home. I took a friend home for a friend and ended up out there at Birmingham Highway. So I was riding back and I seen the place and I noticed it have a lot of plumbing stuff so I pulled around back and went to load, went, broke in the door and went in there.

Q: Okay, how did you get in?
A: With a prier bar.

Q: A prier bar?
A: Yes.

Q: Alright, how did you, does it have a fence around it?
A: Yes it does.

Q: Okay, how did you get through the fence?
A: I cut the lock on the gate.

Q: You cut the lock on the gate?
A: Yes.

Q: Okay, and then you pulled your vehicle around to the back?
A: Yes, I did.

Q: Alright and what happened after that?
A: I went, I start loading up all the brass.

Q: Uh-huh.
A: An as I was loading up, the dog man came and told me to get on the ground, get on the ground and he siced the dog on me.

Q: Okay, K, K-9 officer?
A: K-9, yes.

Q: Okay, with the Montgomery Police Department?
A: No it's not, all I know it was K-9.

Q: Is it...
A: ...It was K-9.

Q: A police officer
A: Well he a police, that officer yeah.

Q: Okay.
A: He had a K-9 dog siced on me and the dog ate me up.

Q: Okay, but you admitted to breaking in and burglarizing the business?
A: Yeah, I did, I did.

Q: Okay, what kind of, what all did you take from the business?
A: I actually didn't take nothing from the business.

Q: Okay.
A: Didn't get away with nothing.

Q: You didn't get away with nothing. What all did you, were you able to?
A: Brass fitting.

Q: And what else, any type of equipment?
A: It was a lot of **INAUDIBLE** demolition stuff that was it.

Q: Alright, did you manage to load any of that stuff in your vehicle?
A: Yes I did.

Q: You was attacked by the police dog?
A: Yes, I was.

Q: Okay.
A: The police put the dog on me.

Q: Okay.
A: I wasn't attacked by the dog, he actually commanded the dog to me.

Q: Okay.
A: To get me as I on the ground just for something to do. I'm already admitting to his command, yeah, I was on the ground.

Q: Alright.
A: This dog here was held and let go after I got on the ground just for the hell of it.

Q: Were you treated for your injuries?
A: Yes I was.

Q: Alright, where were you treated at?
A: Jackson Hospital, still don't have my prescription yet.

Q: Any of, you have anything else to add to the statement?
A: I just need some medical treatment that's all.

Ending time 1045 Hours.

| State of Alabama<br>Unified Judicial System | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>2007F01727 |
|---|---|---|
| Form CR-58 (front)   Rev. 8/98 | | Case Number |

IN THE _____DISTRICT_____ COURT OF _____MONTGOMERY_____, ALABAMA
(Circuit, District, or Municipal)                                  (Name of Municipality or County)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF MONTGOMERY v. _____LEWIS MILES  (000345879A)_____
Defendant (NWS Jacket Number)

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

☒ Probable cause has been found on a Complaint filed in the court against (name or description of person to be arrested)
LEWIS MILES

charging the offense of **THEFT OF PROPERTY, FIRST DEGREE**

_____ as described in the Complaint.

☐ An indictment has been returned by the grand jury of this county against (name or description of person to be arrested)

charging the offense of _____

_____ as described in the Complaint.

☒ **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this court to answer the charges against that person and have with you then and this Warrant of Arrest with your return thereon. If a judge or magistrate of this court is unavailable, or if the arrest is made in another county, you shall then take the accused person before the nearest or most accessible judge or magistrate in the county of the arrest.

☒ You may release the accused person without taking the accused before a judge or magistrate:

☒ If the accused person enters into a bond in the amount of $ __30,000.00__ with sufficient sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.
—OR—
☒ If the accused person posts an appearance bond in the amount of $ __30,000.00__

☐ On his or her personal recognizance.

Monday, September 10, 2007  08:50 AM                              _Marilyn P. Hopkins_
Date                                                                Judge/Court Clerk/Magistrate/Warrant Clerk

23

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

## IDENTIFICATION

- **1 ORI#:** 0,0,3,0,1,0,0
- **2 AGENCY NAME:** Montgomery Police Department
- **3 CASE #:**
- **4 SFX:**
- **5 LAST, FIRST, MIDDLE NAME:** Miles, Lewis, Earl
- **6 ALIAS AKA:**
- **7 SEX:** ☒ M ☐ F
- **8 RACE:** ☐ W ☐ A ☒ B ☐ I
- **9 HGT:** 6'00"
- **10 WGT:** 200
- **11 EYE:** bro
- **12 HAIR:** blk
- **13 SKIN:** med
- **14:** ☒ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS
- **15 PLACE OF BIRTH:** Montgomery, Al.
- **16 SSN:** 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
- **17 DATE OF BIRTH:** 07 15 63
- **18 AGE:** 44
- **19 MISCELLANEOUS ID #:**
- **20 SID #:**
- **21 FINGERPRINT CLASS KEY** — MAJOR / PRIMARY / SCDV / SUB-SECONDARY / FINAL
- HENRY CLASS / NCIC CLASS
- **22 DL #:**
- **23 ST:**
- **24 FBI #:**
- **25 IDENTIFICATION COMMENTS:**
- **26:** ☒ RESIDENT ☐ NON-RESIDENT
- **27 HOME ADDRESS:** 4567 Lonesome Pine Drive Mont. Al. 36116
- **28 RESIDENCE PHONE:** (334) 288-6388
- **29 OCCUPATION:** Self-Employed
- **30 EMPLOYER:**
- **31 BUSINESS ADDRESS:**
- **32 BUSINESS PHONE:** ( )

## ARREST

- **33 LOCATION OF ARREST:** 3996 Birmingham Hwy Montgomery, Al. 36108
- **34 SECTOR #:** 1 2
- **35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO ☒ IN STATE ☐ OUT STATE ☐ AGENCY
- **36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS
- **37 RESIST ARREST?** ☐ YES ☒ NO
- **38 INJURIES?** ☐ OFFICER ☐ ARRESTEE ☒ NONE
- **39 ARMED?** ☐ Y ☒ N
- **40 DESCRIPTION OF WEAPON:** ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON
- **41 DATE OF ARREST:** 09 10 07
- **42 TIME OF ARREST:** 10:51 ☐ AM ☐ PM ☒ MIL
- **43 DAY OF ARREST:** S M T W T F S (T)
- **44 TYPE ARREST:** ☒ ON VIEW ☐ CALL ☐ WARRANT
- **45 ARRESTED BEFORE?** ☒ YES ☐ NO ☐ UNKNOWN
- **46 CHARGE-1:** ☒ FEL ☐ MISD — Burglary 3rd Degree
- **47 UCR CODE:**
- **48 CHARGE-2:** ☒ FEL ☐ MISD — Theft of Property 1st Degree
- **49 UCR CODE:**
- **50 STATE CODE/LOCAL ORDINANCE:**
- **51 WARRANT #:** 2007F-01728
- **52 DATE ISSUED:**
- **53 STATE CODE/LOCAL ORDINANCE:**
- **54 WARRANT #:** 2007F-01727
- **55 DATE ISSUED:**
- **56 CHARGE-3:** ☐ FEL ☐ MISD
- **57 UCR CODE:**
- **58 CHARGE-4:** ☐ FEL ☐ MISD
- **59 UCR CODE:**
- **60 STATE CODE/LOCAL ORDINANCE:**
- **61 WARRANT #:**
- **62 DATE ISSUED:**
- **63 STATE CODE/LOCAL ORDINANCE:**
- **64 WARRANT #:**
- **65 DATE ISSUED:**
- **66 ARREST DISPOSITION:** ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER
- **67 IF OUT ON RELEASE WHAT TYPE?**
- **68 ARRESTED WITH (1) ACCOMPLICE:**
- **69 ARRESTED WITH (2) ACCOMPLICE:**

## VEHICLE

- **70 VYR / 71 VMA / 72 VMO / 73 VST / 74 VCO TOP BOTTOM / 75 TAG # / 76 LIS / 77 LIY**
- **78 VIN:**
- **79 IMPOUNDED?** ☐ YES ☐ NO
- **80 STORAGE LOCATION / IMPOUND #:**
- **81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:**
- ☐ CONTINUED IN NARRATIVE

## JUVENILE

- **82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
- **83 RELEASED TO:**
- **84 PARENT OR GUARDIAN:**
- **85 ADDRESS:**
- **86 PHONE:** ( )
- **87 PARENTS EMPLOYER:**
- **88 OCCUPATION:**
- **89 ADDRESS:**
- **90 PHONE:** ( )

## RELEASE

- **91 DATE AND TIME OF RELEASE:** ☐ AM ☐ PM ☐ MIL
- **92 RELEASING OFFICER NAME:** Det. M. McCord
- **93 AGENCY/DIVISION:** MPD / Detective
- **94 ID #:** 259
- **95 RELEASED TO:** CITY JAIL
- **96 AGENCY/DIVISION:**
- **97 AGENCY ADDRESS:**
- **98 PERSONAL PROPERTY RELEASED TO ARRESTEE:** ☐ YES ☐ NO ☐ PARTIAL
- **99 PROPERTY NOT RELEASED/HELD AT:**
- **100 PROPERTY #:**
- **101 REMARKS:** ************MINOR LACERATIONS TOO BOTH ARMS PRIOR TO ARREST******************

TREATED FOR HIS INJURIES AT JACKSON HOSPITAL

*HOLD FOR COUNTY* (stamp)

- **LOCAL USE:** U / U K
- **102 SIGNATURE OF RECEIVING OFFICER:**
- **103 SIGNATURE OF RELEASING OFFICER:** (signature) #259
- **STATE USE:**

**MULTIPLE CASES CLOSED**

- **104 CASE #** / **105 SFX** / **106 CASE #** / **107 SFX** / **108 CASE #** / **109 SFX**
- **110 ADDITIONAL CASES CLOSED NARRATIVE:** ☐ Y ☐ N
- **111 ARRESTING OFFICER:** Det. McCord, M.9
- **112 ID #:** 259
- **113 ARRESTING OFFICER:**
- **114 ID #:**
- **115 SUPERVISOR:** ID #
- **116 WATCH CMDR:** ID #

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-34 REV. 10-90

16