IN The UNITED STATES DISTRICT COURT
For The MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV -9 A 9: 50

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LOUIS EARL MILES          CASE # 2:07-CV-950-MHT
          PLAINTIFF                        (WO)

VS.                         MAGISTRATE Judge:
                              Terry F. Moorer

MONTGOMERY CITY POLICE
DEPT. ET. AL.

          DEFENDANT'S
          Notice For A
          Change of Address

    Come's Now, The PLAINTIFF LOUIS E MILES JR.
AS PRO-SE, WITH The ABOVE STYLE-CAUSE, MOVE'S
This HONORABLE COURT To ACKNOWLEGE The NOTICE
FOR A CHANGE OF ADDRESS From PERRY COUNTY
CORRECTIONAL CENTER (TO) MONTGOMERY COUNTY JAIL,
P.O. BOX 4599, MONTGOMERY \ ALA 36102-4599. FOR A
GOOD AND JUST CAUSE.

          RESPECTFULLY SUBMITTED The ___6th___
DAY OF ___OCTOBER, 2007.


                         x Louis E Miles Jr.

## Certificate of service

I Hereby certify That A True Copy of
The Above And Foregoing was served upon
The United States Magistrate Judge: Terry
F. Moorer, United States District Court, P.O.
Box 711, Montgomery \ Alabama 36101-0711.
By posting The same in The United States
Mail, postage prepaid And properly Addressed
on This ___6th___ day of ___october___, 2007.

X _Louis E. Miles Jr_

PLAINTIFF

L[illegible] E. Miles JR
#[illegible]
[illegible]

MONTGOMERY AL 361
08 NOV 2007 PM 3

USA 41

3-45

C: Office of The Cle[illegible]
Unit[illegible]
[illegible] 111
Montgo[illegible]
36[illegible]

Legal [illegible]
INMATE MAIL

3610140711