IN The UNITED STATES DISTRICT COURT
For The middle District OF ALABAMA
Northern Division

RECEIVED
2007 NOV -9 A 9:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Louis Earl miles
plaintiff

Case No# 2:07-CV-950-MHT (WO)

VS.

Magistrate Judge: Terry F. Moorer

Montgomery City police Dept. ET. AL.
Defendants

Notice For A Appointment OF Counsel

Come's now, The plaintiff Louis Earl miles JR. As pro-SE, with The ABove style cause' move's This Honorable Court To Ack-nowlege This Notice For A Appointment of counsel, which is Needed To Help plaintiff To pursuant His case with The Equally qualified counsel Like The STATE HAS To Represent Them. For A Good And Just cause.

Respectfully submitted The 6th day of October, 2007

x [signature]

Certificate of service

I Hereby certify That A True copy of The Above And Foregoing WAS Served upon The United States magistrate Judge: Terry F. moorer, United States District court, p.o. Box 711, Montgomery, AlA 36101-0711. By posting The same in The United States mail, postage prepaid and properly Addressed on This 6th day of october, 2007.

x Louis E. Miles
plaintiff

L E. Miles JR
#1142 2-C

3-45

MONTGOMERY AL 361
08 NOV 2007 PM 3

USA 41

C/ Office of The
Unit
111
Mont
36 111

Legal Mail
INMATE MAIL

3610140711