IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LOUIS E. MILES, JR.,       *

   Plaintiff,       *

   v.       *       2:07-CV-950-MHT

MONTGOMERY CITY POLICE       *
DEPT., *et al.*,
   Defendants.       *

_____

**ORDER**

It is

ORDERED that the Recommendation of the Magistrate Judge entered October 30, 2007 (*Doc. No. 7*) be and is hereby WITHDRAWN.

Done, this 13th day of November 2007.

                                           /s/ Terry F. Moorer
                                           TERRY F. MOORER
                                           UNITED STATES MAGISTRATE JUDGE