IN The UNITED STATES DISTRICT COURT
For The Middle DISTRICT OF ALABAMA
Northern Division

Louis E. Mikes JR.
    Plaintiff

CASE NO.# 2:07-CV-950-MHT
(WO)

VS.

Montgomery City Police Dept.
ET. AL.
    Defendants

## Objecting To The Magistrate Judge Order From November 14th 2007.

This cause come's before This Honorable Court For The Objection of **Some** of The Magistrate Judge order from November 14th 2007.

(1.) Plaintiff **Objects** To The Magistrate Judge Recommendation To Dismiss Plaintiff **False Imprisonment Claim**.

Plaintiff state that his False Imprisonment claim create a Threat of Irreparable Harm..........

Continue

Because He's Being Held in Montgomery County Jail on a $30,000 Thousand Dollars Bond For A First Degree Theft, which Shouldn't Be nothing but a Tamped Theft Because I was Arrest on The Scene and nothing was <u>Taken</u>, <u>Stolen</u>, <u>Damage</u> or <u>Lost</u>. So I'am Being Held False Imprisonment Because I Can't Make a $30,000 Thousand Bond and I'am Suffering Irreparable Injury Because I own A Painting Business is unable to preform work to provide for my Family.

(2.) Plaintiff <u>Object's</u> to the Magistrate Judge Recommendation to Dismiss His Claims Against Defendant's <u>Bright</u> and <u>Baylor</u>.

Plaintiff State's His Claim Against Bright and Bayor <u>Are Not</u> A Theory. Because Both Defendant's Hold Supervisory Position And Both Defendant's Are overseer of the City of Montgomery Police Dept. which Defendant Dickey work For As A K-9 Officer. So There's <u>Liable under 1983 Suit</u> Because There's A widespread History of Abuse From The K-9 Unit of the City Police Dept. Case #2000. S. Wattson <u>VS</u> MCDF/MPD Clearly Show There's A History of Abuse By the System of the Montgomery City Police Dept........ continue

(3.) Plaintiff Object's to the Magistrate Judge Recommendation to Dismiss his claims against Defendant's Montgomery City police Dept.

Plaintiff State's his claim against Defendant's Montgomery City police Dept. is Legal entity and is subject to suit under 1983 section, because Defendant W.B Dickey #1521 is empoly as a K-9 officer for the Montgomery City police Dept, and there's a history of Montgomery City police Dept. K-9 unit subjecting Citizen to Abuse. So case #2000. S. Wattson vs. MCDF/MPD clearly show Defendant is liable because Wattson was bitten by a K-9 Dog and sued Montgomery City police Dept. for the sum of $790,000.00 Thousand Dollar in year 2000.

(4.) Plaintiff Object's to the Magistrate Judge Recommendation to Dismiss Defendant's Bright, Baylor and Montgomery City police Dept., as partie's to his Complaint.

Plaintiff State's Defendant's Bright, Baylor and Montgomery City police Dept. is full respondable for the Asualt plaintiff was subject to 9-10-07. By officer W.B Dickey who is empoly by the Defendant's. Therefore

Plaintiff object's to the partie's being dismissed at this time.

(5.) Plaintiff object's to the Magistrate Judge Recommendation to dismiss his claim of conspiracy against defendant M. McCord #259.

Plaintiff state's defendant M. McCord #259 "conspired" with Montgomery City Police Dept. by placing a first degree charge of theft on plaintiff, with a $30,000.00 thousand dollar bond. M. McCord committed a conspiracy when he told me, I was charge with Burglary 3rd Degree, so I give a voluntary statement because I signed the memorandem right sheet that showed my charge was Burglary 3rd, but M. McCord charge me with a Theft First because I was talking about how the dog attacked me, so he conspire just to hold me in Jail to let my injury heal, but there's no healing because I am scared for life and I am on Paxil 50mg and Trazodone 150 mg for post traumatic stress, sleep deprivation, acute nightmares and mental stress, because I am unable to function under normal circumstances after Officer W. B. Dickey ahaid his K-9 Dog to attack me.

Therefore Plaintiff submits that each of the following claims object contain the merit required and should be reconsidered for relief sought after careful review.

Respectfully submitted this the 22nd day of November, 2007.

x Louis E. Miles Jr

### Certificate of Service

I hereby certify that a true copy of the above and foregoing was served upon the Honorable Court, in the United States District Court, P.O. Box 711, Montgomery, Alabama 36101-0711. By posting same in the United States Mail, postage prepaid and properly addressed on this 22nd day of November, 2007.

x Louis E. Miles Jr

INMATE MAIL

c/o Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, VA 36101-0711

H 1747-3C
Montgomery County Jail
P.O. Box 4599
Montgomery, VA 36103-4599

