In the United States District Court
for the Middle District of Alabama
Northern Division

Louis E. Miles Jr.
  Plaintiff

vs.

Montgomery City Police
Dept. E.T. Ah.
  Defendants

Case # 2:07 CV-950-MHT
(WO)

## Motion For Leave To Amend

Come's now, the Plaintiff Louis E. Miles Jr. as pro-se, in the above style cause motion this honorable court for leave to amend to his complaint, for a good and just cause.

Respectfully submitted this the 22nd day of November, 2007.

x Louis E. Miles Jr.

## CERTIFICATION OF SERVICE

I Hereby certify that a true copy of the above and foregoing was served upon the Honorable Court, in the United States District Court, P.O. Box 711, Montgomery, Alabama 36101-0711. By posting same in the United States Mail, postage prepaid and properly addressed on this 22nd day of November, 2007.

Louis E. Miles Jr.