IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LOUIS E. MILES, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-950-MHT |
| MONTGOMERY CITY POLICE DEPT., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion for leave to amend complaint, and as Plaintiff has not submitted a proposed amendment with his request, it is

ORDERED that the motion (*Doc. No. 17*) be and is hereby DENIED at this time. The motion may be reconsidered at such time a proposed amendment to the complaint is submitted to the court for review and determination.

Done, this 5th day of December 2007.

                                            /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE