## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LOUIS MILES, Jr., | ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-950 |
| OFFICER DICKEY, et al., | ) |
| Defendant | ) |

## ANSWER

COME NOW the Defendants, Officer Dickey ("Dickey") and Officer M. McCord ("McCord") by and through undersigned counsel and, in accordance with this Court's Order of October 29, 2007, and file this Answer in response to Plaintiff's Complaint.

### GROUND ONE

1. Defendants deny the material allegations contained in Ground One of Plaintiff's Complaint and demand strict proof thereof.

### GROUND TWO

2. Defendants deny the material allegations contained in Ground Two of Plaintiff's Complaint and demand strict proof thereof.

### GROUND THREE

3. Defendants deny the material allegations in Ground Three of Plaintiff's Complaint and demand strict proof thereof.

4. Defendants deny the material allegations contained in the remainder of the Complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants aver that the Complaint fails to state any cause of action upon which relief can be granted and deny that Plaintiff is entitled to any relief.

### SECOND AFFIRMATIVE DEFENSE

Defendants plead the general issue.

### THIRD AFFIRMATIVE DEFENSE

Defendants aver that Plaintiff was provided proper medical treatment and standard of care.

### FOURTH AFFIRMATIVE DEFENSE

Defendants plead insufficiency of service of process.

### FIFTH AFFIRMATIVE DEFENSE

Defendants plead qualified immunity.

### SIXTH AFFIRMATIVE DEFENSE

Defendants please discretionary function immunity on any state law claims which may have been plead.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants plead that the claims made by Plaintiff are completely without merit and should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

### EIGHTH AFFIRMATIVE DEFENSE

Defendants plead that the City of Montgomery had no policy or custom which were the proximate cause of the damages claimed in the Complaint

### RESERVATION OF DEFENSES

The Defendants reserve the right to plead additional defenses as they become known in the course of discovery as may be allowed by the Court.

Respectfully submitted this the 7th day of December, 2007.

                                                                                      /s/ Wallace D. Mills
                                                            Wallace D. Mills (MIL 090),
                                                            Assistant City Attorney

**OF COUNSEL:**
City of Montgomery
Legal Department
103 N. Perry St.
Montgomery, AL 36104
334.241.2050
FAX 334.241.2310

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Answer to the following by electronic mail or placing a copy of same in the United States Mail, postage, prepaid, this 7th day of December, 2007:

Louis E. Miles, Jr.
AIS 138374
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL  36103

                                                            /s/ Wallace D. Mills
                                                            Of Counsel