In The United States District Court
For The Middle District Of Alabama
Northern Division

RECEIVED 2007 DEC 10 A 10: 26
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Louis E. Miles Jr.
  Plaintiff

Vs.

Montgomery City Police
Dept., Et.Al.
  Defendants

Case No # 2:07-CV-950-MHT

Magistrate Judge:
  Terry F. Moorer

## Motion To Warrant Consideration By The Court

Comes Now, The Plaintiff Louis E. Miles Jr., as pro-SE with the above style cause of action, hereby motion to warrant consideration by the court, due to the Defendant's has fail to file a written report by December 7, 2007 as the Magistrate Judge order the 29th of October 2007.

Plaintiff are requesting for relief and prays the court set a hearing date to -----

Allow Defendants a chance to show just cause why there written report wasn't filed as the Magistrate Judge order October 29th, 2007.

Respectfully submitted this the ___6th___ day of December, 2007

x _Louis E. Miles Jr_
   PLAINTIFF

## Certification Service

I hereby certify that a true copy of the above and foregoing was served upon: The office of the Clerk, United States District Court, P.O. Box 711, Montgomery, Alabama 36101-0711, by posting same in the United States mail, postage prepaid and properly addressed on ___6th___ day of December, 2007.

x _Louis E. Miles Jr_
   PLAINTIFF

Louie S. Miles Sr.
#111142  2-C
Montgomery County Jail
P.O. Box 4599
Montgomery, AL  36103-4599

MONTGOMERY AL 361
07 DEC 2007 PM 2
USA 41
HAPPY HOLIDAYS

DISTRICT

INMATE MAIL

12-6-07

36101+0711  B007