IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LOUIS E. MILES, JR., | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-950-MHT |
| OFFICER DICKEY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to warrant consideration by the court wherein he requests the court to direct Defendants to show cause for failing to file a special report by December 7, 2007 as directed by court order entered October 29, 2007, and in light of the special report and answer filed by Defendants on December 7, 2007, it is

ORDERED that the motion (*Doc. No. 23*) be and is hereby DENIED.

Done, this 12th day of December 2007.

　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE