IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Louis Earl Miles JR
  Plaintiff

VS.                                   Case # 2:07-CV-950

Montgomery City Police
Dept. P.T. Al.
  Defendants

## MOTION TO INTERROGATION DEFENDANTS

Come's now the plaintiff Louis earl miles JR., By and Through pro-se with, The Above Style-cause of Action. Hereby move's This Honorable court For AN order, ordering defendants To Answer All Interrogation question as Follow.

## Following Question

(1.) What date did this incident take place?

(2.) What time did you arrive on the scene?

(3.) Why didn't you wait for backup?

(4.) What is the proper procedure for a K-9 officer with a dog when it come to a burglary call?

(5.) How long has you been a police for Montgomery City police Dept.?

(6.) How long has you been working as a K-9 officer?

(7.) How long has you been working with your partner Zak?

(8.) How many time has you been involed when a inmate was assualted?

(9.) How many time has your partner bitten a person?

(10.) How many bites should a person sustain

Before you call your partner off?

(11.) If you'll comeing out of the Back Door of the Business, which side was the Jeep park on?

(12.) If you'll comeing out of the Back Door of the Business, which side was the crates sitting on?

(13.) Tell Approximately how many feets was the crates sitting from the Back Door?

(14.) Tell Approximately how many feets was the Jeep parked from the Back Door of the Business?

(15.) Isn't it True I Louis E. Miles Sr. give a voluntarily statement concerning the Dog attack and the burlary charge?

(16.) Do you think my voluntarily statement is false?

(17.) Isn't it True that nothing was actually stolen from the Business?

(18.) Do you think my voluntary statement is true?

(19.) Officer W.B Dickey, Do you realize you give serverah false statement under oath?

(20.) Do you carry a pistor?

(21.) Did you draw your pistor when I exit the business?

(22.) Did you take your pister out when you seen me walking toward the door with an unknown object in my hand?

(23.) Why was your partner Zak commanded to attack when you had your pister drawn on me?

(24.) Is'nt it true, that you and Zak was standing 15 feet to the left from the back door?

(25.) Did I run when I exit the back door?

(26.) Why couldn't I just turn around and go back into the business, since I was exiting

The Business when you started Hollaring?

(27.) Isn't it true I drop the boxes and layed face down and asked you to please don't release that dog?

(28.) Where did I lay down at?

(29.) Why all the scare from the dog attack clearly show the bites came from a lay down position?

(30.) Why was I bitten over 40 to 50 time on just my left arm?

(31.) What the officer name and address that put the cuff's on me, while I was laying next to the back door?

(32.) Why did you keep me on the ground handcuffed behind my back for 26 minute after I been bitten over 40 to 50 time by a dog?

(33.) Why wasn't the medics called til 1:54 AM when I was bitten at 1:28 AM?

(34.) Did the medics arrive at 2:05 AM?

(35.) WHAT'S THE MEDICS NAMES AND ADDRESS THAT TREATED ME?

(36.) WOULDN'T YOU SAY BEING BITEN OVER 40 TIME CLASSIFY AS A CRUEL AND UNUSUAL PUNISHMENT?

(37.) WOULDN'T YOU SAY BEING HELD AT GUN POINT WHILE BEING BITEN OVER 40 TIME BY YOUR PARTNER, CONSTUTITE EXCESSIVE FORCE?

(38.) WHY WAS I BITEN 40 TO 50 TIME WHEN YOU HAD A PISTOL DRAWN ON ME?

(39.) WHY WOULD I RUN IF YOU GOT A PISTOL DRAWED ON ME?

(40.) WHY DIDN'T YOU CONCLUDE THE PICTURES THAT WAS TAKEN AT THE SCENE IN YOUR WRITTEN REPORT?

(41.) CAN I HAVE THE PICTURE'S THAT WAS TAKEN AT THE SCENE?

(42.) WHY DIDN'T YOU CONCLUDE OFFICER J.O. EZELL #1186 UNIT 150 IN YOUR WRITTEN REPORT?

(43.) Isn't it true, officer J.D. Fzell #1186 Unit 150 is the one that arrive and put my hand behind my back and handcuffed me, while I was bleeding heavy from the dog attack?

(44.) Do you know I am charged with a Theft First Degree?

(45.) Why did you say I went straight to Jail after leaveing the Hopital?

(46.) Why wasn't I booked in Jail intil 7:08 AM?

Respectfully Submitted This
The ___20th___ day of ___December___, 2007.

_____Louis E. Miles Jr_____