IN THE UNITED STATES DISTRICT COURT
For The Middle District Of ALABAMA
Northern Division

Louis Earl Miles JR.
   Plaintiff

VS.                           Case No# 2:07-cv-950

Montgomery City Police
Dept. Et. Al.
   Defendant's

## Motion For Counsel
## And
## Motion To Interrogation
### Defendant

Come's Now, The Plaintiff Louis E. Miles JR., By and Through pro-Se with, The Above style-cause of Action, Hereby moves This Honorable Court For A Appointment of Counsel And To order Defendant's To Answer Interrogation. For A good And Just Cause. _____

Following Facts

(1.) Plaintiff state he's unable to make copy's and wish the court would finish Defendant's with copy.

(2.) Plaintiff state's he need a copy of all attached document's.

(3.) Plaintiff state he need Equal Representation as the Defendant's.

Respectfully Submitted This The 20th day of December, 2007

Louis E. Miles Jr.