IN The District Court OF The United States
For The Middle District of Alabama
Northern Division

Louis Earl Miles Jr.
PLAINTIFF

VS.                                    CASE No# 2:07-CV-950

Officer W. B Dickey, Officer
M. McCord ET. AL.
DEFENDANTS

PLAINTIFF Responding To The
Special Report Filed
By Defendant's
Pursunt To Rule 56. F.r.civ.p

COME'S Now The PLAINTIFF, Louis Earl Miles Jr.
By And Through pro-SE And, IN Accordance With This
Court Order Of December 10, 2007, File This Response
To The Defendant's Written Report.

DEFENDANTS Response, Written Report, And Answer

ON December 7, 2007 Defendant's Filed A
Response, Written Report, And Answer To PLAINTIFF
Complaint, And Denie All 3 Ground Of PLAINTIFF

(1)

complaint and demand strict proof for the
constitutional right that was violated False
Arrest/imprisonment, Excessive Force, and
inadequate medical care. Also Defendants
Raised 8 Affirmative Defense which plaintiff
Are objecting to them all and state all 3
of his claimed of action is with merit and
state clear cause of proof that full relief
should be <u>Granted</u>

<u>plaintiff written Response to the
Defendant's written Report, Response,
and Answer.</u>

## <u>Facts</u>

( <u>Exhibit (1.) clearly show the Time and Date</u> )
On September 10, 2007 at 1:26 am I the plaintiff
was comeing out of the rear of the business of
3996 Birmingham Hwy. As I exit the rear door, officer
W.B Dickey was standing 15 feet or so too the left from
the rear door Behind some crates, his dog in one hand
and his pistor in the other hand. officer W.B Dickey
give me a command and I droped the boxe's and
Obey his order <u>immediately</u> (Exhibit (2.) <u>clearly show
I didn't Resist Arrest, wasn't Armed, and I was
Sober.</u>) Therefore, I layed face down and Bagged
officer W.B Dickey to please hold his dog. So as
I layed there looking at officer W.B Dickey......

CONTINUE

(2.)

Officer Dickey letted The Dog go. So The Dog came straight To me And started biteing me All over my left Arm And bite me one time on my Right wrist. (EXHIBIT (3.) Clearly show proof I give A voluntary statement Telling How The officer Deliberate put His Dog on me while I was on The ground.) Also (EXHIBIT (13.) my left Arm As physical Evidence) will clearly show proof That All The Bite's came from A lay Down position Because its Too many Bite's on The Same Arm To Argure The FACT.

So officer W.B Dickey Allow The Dog To continue To Bite me intil He Heard A Radio from Another officer, which was officer J.O. Ezell #1186 unit 150, Therefore officer J.O Ezell walked over To me And grabbed my Arm's And Handcuffed me with my Hand Behind my BACK, with No Regard To my Injure. (EXHIBIT (9.) The incident \ Offense Report From officer J.D Ezell) will clearly show He Hand- cuffed me Immediately After I was Biten over 40 Time And Bleeding Heavly.

Thereafter I Lay on The ground From 1:28AM To 1:58AM That's 26 minute's Bleeding Heavly And Hurting Handcuffed with my Hand Behind my BACK. So officer J.O. Ezell Finally got me off The ground And Walked me To The Front of The Business. (where other's officer was Just Arriveing. They Looked At my left Arm And Asked Have n Emergency

medical been call and officer J.D. Ezell SAY
NO. So a unknown officer call the Emergency
medical at 1:54AM And started taking picture
of my left Arm (EXHIBIT(5.) The Emergency
medical run report) clearly show medics wasn't
call til 1:54 AM, so the medics Unit 91 arrived
at 2:05AM, And told officer J.D. Ezell to please
take the cuff off me for he could treat me.
Therefore I was treated by the medic And the
medic told the officer's I need to go to a
hospital for stitches. So my hand was hand-
cuffed behind my back Immediately After the
medic bandage and tryed to control the
bleeding. So my wound's started back to bleeding
And I was put in server pain.
(medics Unit 91 name unknown at this moment
will be subpone't to witness for plaintiff)
   At 2:30 AM I was transported too the hospital
By two black officer that is unknown at this
moment but will be subpone't. Therefore submitting
This on record for further and future evidence to
show clear proof that this was a act of evil
intention. So I arrived at the hospital at
2:49AM And was seen by a nurse And Doctor
Steve Avezzano which I was give a tetanus
shot And I received 8 stitches in my left Arm
Bicep And 3 stitches in my left forearm —

_Immediately After_ The Doctor Release me To Officer J.D. Ezell And Told Him To pick-up The Discharge Instruction sheet And my prescription, Because I needed special care For my injure. So I WAS HANDcuffed AT 3:10AM with my HAND Behind my BACK _Immediately After Just getting stitches_ in my upper And Lower Arm which cause _"Server pain"_. So officer J.D. Ezell And I walked To The Discharge Desk And The clerk give officer J.D. Ezell The Discharge Instruction sheet And The presctiption AT 3:26AM (EXHIBIT(6.)(9.) _clearly show proof The Discharge Instruction sheet And The prescr-iption THAT WAS Never Filled_.) Officer J.D Ezell Transported me To The City Detective Division AT 3:36AM where Detective m. mccord Exchange Handcuffs with officer J.D. Ezell. So Detective m. mccord Handcuffed me with my HAND Behind my BACK And place me in A SMALL Filthy Holding cell with Nothing BUT A Hole in The Floor. _No Regard_ To The clear proof From The Doctor I Needed special care And medication. So I Layed on The Filthy Floor with my HAND cuffed Behind my BACK From 3:36AM Til 7:08AM THATS WAS _3 Hours_ And _32 minute's deliberate Torach_ IT CAN Be SAyed That my medical care WAS "So grossly incom-petent, inadequate, or excessive As To Shock The

Conscious or To Be Intolerable To Fundamental Fairness.

So I was Finally Booked in the City Jail at 7:08 AM, Therefore The Defendant's give a False Statement in There written Report, "By saying (I was seen By A Doctor Immediately Before Being Taken To Jail)(Exhibit (6.) Show clear proof I left The Hospital at 3:26 AM) Also (Exhibit (7)(8.) The Booking Record From The City Jail) Show clear proof That I was Booked in the City Jail 7:08. So my left Arm Had swollen Doubler And I was in server pain. So The Intake Officer Marshell Asked Detective M. McCord was Their Any Discharge Instruction sheet or prescription That Need To Be Fill, So Detective M. McCord Answer No. So I suffer with No Pain Medicine, And No Antibiotic (Exhibit (9.) copy of Two prescription That wasn't Never Filled.)

AT 10:35 AM 9-10-07 The Same day Detective M. McCord Came To The Jail And Signed me Out The Jail And Took me To The Detective Division For A Statement. (Exhibit (10.) Cleary Show proof The miranda Right I Signed concerning A Burglary 3nd And it's shows The Time was 10:35 AM 9-10-07. So Defendant's made A False Statement Again By saying I Just Had seen A Doctor Before going To Jail. So I Dont - - - - -

(6.)

UNDERSTAND why The DEFENDANT'S would KEEP
MAKEING FALSE STATEMENT UNDER OATH, DUE TO
THERE'S CLEAR PROOF OF THEM ACTING WITH
DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL
NEEDS. (EXHIBIT (3.) SHOW CLEAR PROOF OF THE
VOLUNTARY STATEMENT I GIVE CONCERNING THE
INTENTIONALly DOG ATTACK THAT CAUSED ME
MENTAL AND PHYSICAL STRESS? LOOK AT NUMBER
18, 19, 20, 21, 22, 23, 30, 31, 32, 33, 34, 35, 36, 37
     SO THE VOLUNTARY STATEMENT ENDED AT 10:45 AM
WHICH "I STATED" I STILL DON'T HAVE MY PRE-
SCRIPTION YET AND "I STATED" I JUST NEED
SOME MEDICAL TREATMENT THAT ALL. BECAUSE
MY LEFT ARM WAS REDNESS, SWOLLEN, HURTING
SERVER, BECAUSE IT HAD BEEN "6 HOUR" AND "19
MINUTE" SINCE I LEFT THE HOSPITAL. SO
DETECTIVE M. McCORD TOOK ME BACK TO THE
CITY JAIL AND CHARGED ME WITH BURGLARY
3rd AND THEFT 1st. BUT ONLY READ MY MIRA-
NDA RIGHT CONCERNING A BURGLARY 3rd. SO
I WAS MISLEAD BY DETECTIVE M. McCORD
TO THINK I ONLY HAD A BURGLARY 3rd CHARGE.
BECAUSE I DIDN'T GET AWAY WITH NETHING AND
NETHING LEFT THE PROPERTY. SO THAT'S WHY
I AM BEING HELD ON A FALSE ARREST. A PERSON
MUST BE READ THEIR MIRANDA RIGHT ON ALL
CHARGE'S (EXHIBIT (3.) VOLUNTARY STATEMENT

(7.)

QUESTION 24, 25, 26 will clearly show proof
There shouldn't be no Theft 1st charge THAT
shouldn't CONSTITUTE A $30,000.00 Thousand
Dollar Bond.

When Detective M. McCord Return me BACK
To The City JAil AT 10:45AM 9-10-07. I
suffer with no medicATion The intire DAy
of The 10th And FinAlly Seen A Doctor on
9-11-07 AT 11:30AM, so I suffer with out NO
PAiN medicine or ANTiBioTic for 31 Hour, I
Went To City Court And The Judge Release
me. so I WAS TRANSferred To The COUNTY JAiL
AT 8:43 PM 9-11-07 (EXHiBiT01.) will show
The Release DATe from The CITY JAiL, SO THAT
MEAN I STAy AT The city Detective Division
And city JAiL A TOTAL OF 41 Hour 7 minUTe
EXHiBiT(02.) will clearly show The city JAiL
NUSre's NoTe's of CAre' which you'll see
I WAS given medicine one Time in 41
Hour And 7 minuTe.

Respectfully submiTTed This
The ___30th___ day of _December_, 2007.

x _Louie E. miler Jr_
PlAINTiff

IN The DisTict court oF The unThd StaTes
For The MiddLe DisTrict OF ALABAMA
NorTheN DivisioN

Louis EArL miLes JR.
PlAINTIFF

VS.

OFFicer W.B. Dickey, oFFicer
m. Mccord ET. AL.
DeFeNDANT's

$*$
$*$
$*$
$*$
$*$
$*$
$*$
$*$
$*$
$*$
$*$

CAse No # 2:07-CV-950

PlAINTIFF ANSwer

CoMe Now The plaiNTIFF, Louis EArL miLes JR.
By AND Through pro-SE AND IN AccordANce WiTH
This court order oF December 10, 2007. File This
ANSwer To The DeFeNDANT's WriTTeN Report.
For A Good AND JUST CAuse.

GrouNd oNE
EXCESSIVE Force clAim

DeFeNDANT's DoNie The mATeriAL ALLegATioN's
CoNTAiNed IN GrouNd oNe oF plaiNTIFF complaiNT

(1)

And Demanding Strict proof Thereof.

I The Plaintiff Has strict proof and will clearly show proof That Defendants committed The Tort of Assault And Battery which violated my Fourth Amendment And Eighth Amendment Due To my medical care Also.

Tennessee V. Garner, 471 U.S 1, 8 (1985) States The proper Application of The "Objective Reasonableness" Test Requires "Careful Attention To The Facts And Circumstances of each particular case To prove A Excessive Force Claim.

(1.) "The Severity of The Crime At Issue" officer W.B Dickey was dispatched To A Business Alarm which Turn out To be A Burglary in progress which is a class "C" Felony. officer W.B. Dickey Also was Able To Determined It was A Burglary Because He was Able To Visualize The property in the Jeep And officer W.B. Dickey Visualized The Plaintiff As He came out of The Business with 2 white Boxes. one in each Hand So Their was No Sign of A Threat To The officer or other (EXH 1817 (1.) show clear proof officer W.B. Dickey State He Seen me coming out with The Boxes)

(2.) whether The Suspect poses An _ _ _ _ _ _

(2)

Immediate Threat To The Safety of The
Officer or others

(EXHIBIT (2) (2)(3) will clearly show and
state there was no sign of a threat to the
officer or other.)

EXHIBIT (1.) Clearly show and states officer
W.B. Dickey seen plaintiff walking out the
rear door with 2 white boxes not a weapon

EXHIBIT (2.) Clearly show proof plaintiff wasn't armed,
didn't resist arrest, and was sober at the time
of arrest.

EXHIBIT (3.) Clearly show proof answer 31 thur 34
show plaintiff was the victim in this case.

(3.) Whether plaintiff actively resisting
arrest or attempting to evade arrest by flight.

EXHIBIT (2.) (3.) will clearly show proof and state
plaintiff didn't resist or try to flee

EXHIBIT (3.) will clearly show proof plaintiff
give a true and sworn statement that he
obey the officer command and immediately
layed face down. Answer 31 thur 34 - - - - - -

continue

PLAINTIFF ORIGINAL COMPLAINT ALSO STATES
He posed NO THREAT To The officer. And Their
WASN'T NO WEAPON FOUND ON THE PLAINTIFF.
ALSO PLAINTIFF CRIMAL HISTORY From YEAR
83 TIL 2007 DONT SHOW NO HISTORY OF A RESIST
Arrest or FLEEING From The LAW.
( OFFicer J. D. EZell will BE SUBPOENA To TESTIFY
The WHERE ABOUT OF PLAINTIFF BODY AND The
WHERE ABOUT OF OFFicer W.B DICKEY BODY.)
( Jeffery KING will BE SUBPOENA To TESTIFY The
WHERE ABOUT OF The CRATES THAT OFFicer W.B.
DICKEY STOOD BEHIND.)

        Hendon, 163 F. Supp. 2d AT 1322.
The ELEVENTH CIRCUIT HAS provided FURTHER
guidANCE. WHEN deTERMINING WHETHER AN OFFicer
Use of Force WAS OBJECTIVELY REASONABLE, The
COURT SHOULD CONSider.
     (1.) The NEED For The APPLICATION of Force.
PLAINTIFF STATE'S THERE WAS NO NEED For ANY
KIND OF Force, Due To PLAINTIFF COMPLYED WITH
OFFicer W.B DICKEY COMMAND AN LAYED FACE
DOWN IMMEDIATELY, BECAUSE OFFicer DICKEY HAD
A PISTOL IN ONE HAND AND A DOG IN The OTHER
HAND.

(EXHIBIT (2.) CLEARLY SHOW AND STATE THERE WAS
                (4.)

No weapon and plaintiff didn't resist arrest.

(EXHIBIT 3.) clearly show and state the plaintiff obey officer W.B Dickey command and layed face down and officer W.B. Dickey sice the dog on me with a ill-will intentionly to cause me harm.

(2.) The relationship between the need and the amount of force used.

plaintiff state there shouldn't been no uses of force, because he comply with the officer and plaintiff also states the amount of force that was use is so grossly incompetent that it will shock the conscious of a lay person. Because plaintiff was bitten over 40 time all over his left arm while officer W.B Dickey watched the mulation.

EXHIBIT (5.) show clear proof that the Emergency medics run report show the medics stated plaintiff needed to be Transferred to the hospital and will need stitches.

EXHIBIT (6.) clearly show proof from the JACKSON Hospital Discharge Instructions sheet state's there are multiple LACERATION'S following area's left upper arm, Biceps, Volac Aspect of left forearm, Volar Aspect of left wrist suture's to these wounds should be removed in 10 days

(5.)

Total Stitches is 8 in the left biceps, 2 in left forearm, I in left forearm and multiple lacceration's left to drain.

EXHIBIT (2.) clearly show proof from the nurse's note's at the city jail state's (inmate received animal bite's from K-9 to left position arm and lower foreman stitche's to upper and lower arm and serveal opened bite's redness and swollen.

PLAINTIFF STATE OFFICER W.B DICKEY used to much force, because he held a pistor on plaintiff and order him to lay face down and then deliberate commanded the dog to attack him, so I was bitten over 40 time on my left arm. (Also) plaintiff stated excessive force was use when officer J.O Ezell cuffed my hands behind my back Immediately After the attack. And then Alaid me to lay there from 1:28 Am to 1:54Am bleeding, heavy and suffering in sever pain before the medics was called at 1:54Am.

EXHIBIT (4.) clearly show proof that J.O Ezell cuffed me Immediately After the dog mulated my left arm.

EXHIBIT (5.) clearly show proof the emergency medics wasn't called intil 1:54Am.

(3.) The EXTent of The Injury inflicted

plaintiff state the extent of the injury inflicted was a "cruel act" of officer W.B. Dickey which clearly show deliberate indifference, because the injury inflicted was so grossly incompetent that it will shock the conscious of a lay person. And my left arm shown as physical evidence will prove all the bite's came from a laying down position. so I was bitten over 40 time' all over my left arm. That's so obvious I was laying on my stomach.

EXHIBIT (4.) (5.) (6.) (12.) clearly show proof the extent of the injury inflicted

(4.) whether the force was applied in good faith or maliciouly and sadistically

plaintiff stated in his original complaint that officer W.B. Dickey use excessive force in a ill-will manner just to see his dog bite "his first victim" "a that the truth"

EXHIBIT (3.) Answer 31 thur 34 will clearly show that officer W.B. Dickey acted in bad faith, maliciously, ill-will manner and with clear intention to cause me harm.

Ground Two
Cruel + Unusual punishment

I The plaintiff has strict proof And will clearly show proof That Defendants committed cruel & unusual punishment which violated The Fourteeth Amendment And Eighth Amendment. Taylor V. Adams. 221 F.3d 1254. 1257 (11th cir. 2000);

Adams V. Poag 61 F.3d 1537, 1543 (11th cir. 1995).

(1.) First, A plaintiff must set forth Evidence of An objectively serious medical need.

Exhibit (4.) Shows clear proof The objective, Due to my serious medical need was disregarded. Because I was handcuffed with my hand behind my back immediately after the dog mulated my left arm. That action along caused me to bleed heavy with sever pain.

Exhibit (5.) Clearly show proof That The Emergency medics wasn't called intil 1:54 AM 26 minute's after The Dog had mulated my arm and I still had my hand cuffed behind my back intil The medics arrived at 2:05 AM, so The officer had me cuffed For The total of 37 minute's til The medics ask The officer To Remove The cuffs.

(Medic unit 91 will be subpeena To witness)
(The Disregard To my Serious medical need     )

(8.)

(Discovery will be Filed. To show clear proof
with the picture that was taken at the scene)
EXHIBIT(6.) clearly show proof I HAD A serious
medical need for special care, monitor, And
medicine, Because JACKSON HospiTAL provided
A Discharge Instruction's sheet To Tell The
OFFICer How To care for me. So They KNEW And
Disregard my medical need. Because when
I WAS Released AT 3:26 AM In The morning The
OFFICer cuffed my HAND BeHind my BACK AGAIN "
Immediately After Receiveing 11 stitch'es in my
LeFT Arm.

EXHIBIT (7.) clearly show proof' THAT I WAS'NT
Booked in The City JAIL Til 7:08:39AM, So The
question THAT DefendAnt's Need To AnsweR
is where WAS The plAINTIFF From 3:26 AM To
7:08 AM ?

          (The Answer Is)
From 3:26 AM To 7:08 AM plAINTIFF WAS placed
In A Flithy Holding cell To sleep on The Floor
At The Detective Division with my HAND cuffed
BeHind my BAck, Immediately AFTer heaveing The
HospiTAL + Receiveing 11 sTiTch'es.
(All Disregard To The Doctor order')
(All Disregard To plAINTIFF serious medical need)
This Along show DefendAnt's was conspiring To cause
plAINTIFF Deliberate Indifference' due To His

Serious medical need.

(2.) Second, A plaintiff must prove That The prison official Acted with AN ATTITude of "Deliberate Indifference" To That serious medical Need.

proveing That The officer's And Detective M. McCord Acted with AN ATTITude is SO OBVIOUS And RECOGNIZEING BECAUSE my serious medical Need WAS Ignore, Disregard, Due To This Injure WAS eASily Recognized That A doctor ATTenTion WAS Need.

EXHIBIT (4.) Show clear proof Officer's Acted iN BAd FAith with A ATTITude. BECAUSE Immediately AFTer The Dog HAd BITen me over 70 Times All over my leFT Arm. I WAS HANdcuFFed with my HANds Behind my BACK.

(IT's WAS OBVIOUS I Needed medical CAre)
(The officer's Coulder Use Leg's CuFF's)

EXHIBIT (5.) Clearly Show proof Officer's Acted iN BAd FAith with A ATTITude, Because iT WAS OBVIOUS I Needed medical ATTenTion, But I WAS HANdcuFFed Behind my BACK And officer's AhAid me To hn, There For 26 MiNUTE Before medics WAS CAlled And 37 minute in Total) Before medics Arrived. Immediately After

Medic's left at 2:03 AM I was Handcuffed Behind my Back Again And Load IN A police Car; which cause Heavy bleeding, And pain

EXHIBIT (6.) clearly show proof officer's Acted IN BAD FAITH WITH A ATTITUDE, BECAUSE <u>Immediately AFTER</u> I Received 11 STITChes oN my Lower and upper Left Arm. I WAS HAND-cuffed with my HAND Behind my BACK which Cause HEAVY Bleeding AND pAIN

EXHIBIT (7.) clearly show proof officer AND DETECTIVE m. McCord conspired Together To Hold me in A FILTHY Holding cell with No Bed or Nothing. <u>Immediately AFTER</u> I WAS Released From The Hospital with 11 STITChes in my Left Arm And over 40 Bites on The Same Arm. <u>All Disregard The DOCTOR order And my Serious medical need</u>. SO I Stayed IN This Hole From 3:36 AM To 7:08 AM BeFore I WAS Booked IN JAIL.

<u>GROUND THREE</u>
<u>INADequate medicAL CARE</u>

DeFendANTS mAde severAL FALSe STATEMENT IN Their writTen RepoRT, IN A... TO under---

MAY IT THE COURT.

Quoting "Farrow v. West, 320 F.3d 1835, 1245 (11th Cir. 2003) STATES Inadequate medical care to a inmate. METS an obvious That even Lay person would EASIly recognize The necessity for a doctor's attention.

PlAinTiFF will cleary Show ploof with EXHIBIT(5) Immediately after The Dog had Bitten me over the Leg Attorca my hip & Groin. I was Handcuffed and transported with my head behind my Back.

(It was so obvious I asked a medical aid) (For treatment and they would Assist me)

EXHIBIT(6) Clearly Show medics was advised called at 1:19 and medics was called with me before medics was called... Therefore I was handcuffed for Awhile before medics arrived. The Dog bit was so obvious they treated immediately The guards Be advised At 1:19 and I was bit. Immediately after The medics keep at 2:25 AM I was Handcuffed restrained and transported To Jackson Hospital. It It was 1 Hour And 2) minutes later.

Arrived At The Hospital (Defendant STATED I was Taken to Hospital) After my Arrest." So This Is A False STATEMENT.

EXHIBIT (6) Clear Shows That I Arrived At The Hospital At 2:49ᴬᴹ Diagnosed By A physician and Treated with The Total of "11 Stitches in my left Arm. "Immediately After" I Received 11 Stitches on my Lower And Upper left Arm, I was Handcuffed with my Hand Behind my Back" which caused Bleeding And sever pain. So me And The officer walked Around To The Discharge Clerk where The officer Received The Discharge Instruction's Sheet To show how To care for my injure.

(1.) Rest And Elevate your injury part above The Level of your heart until The swelling And pain are Better.
(2.) If you have Been prescribed An Antibiotic, Be sure To Take All your medicine.
(Augmentin 875mg po BID)
(Lortab 5mg 1or2 Tabor po (Q4-6H prn pain)
So I was Loaded Into A police car AN Taken To The City Detective Division At 3:36ᴬᴹ In The meanwhile where Detective M. McCord Disregard and I Required my medical

13.

Need, Because Detective M. McCord put me
in a Flithy Holding Cel. with my handcuffed
behind my Back. there was no bed, no water,
no medicine, no care or monitor. so I
was left to suffer. until I was Booked
in the City Jail at 7:08 AM. at this
time my left arm was swollen swollen
And still showing sign of Bleeding so
the intake officer at the City Jail
asked Detective M. McCord for my prescription
"He Replied" I don't have it, so he left
And returned at 9:35 AM to read me my
miranda rights and I give a voluntary
statement which ended at 10:45 (so yes)
I sayed I needed medical care Because
I was in sever pain.
Because I haven't had no medicine since
3:10 AM in this morning And I was hand-
cuffed all night in a holding cell, sleeping
on a flithy floor "So at 10:45" it's
obvious I need medicine and medical
care.

            Respectfully submitted this
The _____ day of December 2007.

## CERTIFICATE OF SERVICE

I Hereby certify That I HAve served
A copy of the Foregoing Document's By
CAUSING it To Be pLAced iN The U.S MAiL.
postage prepAid And properly Addressed
oN This ___20th___ dAy oF ___December___ 2007.
To The FoLLowing: LegAL DepArTmenT,
mr. WALLACE D. MiLLs, 103 NoRTh perry ST.)
mongomery IAIA 36104 And oFFice oF
The cLerk, uNiTed STATE DISTRICT CourT)
p.o. BOX 711, montgomery IAIA 36101-0711.

X _Lewis E. miles_
PLAINTIFF

IN The United STATES DISTRICT COURT
For The middle DISTRICT OF AlABAMA
Northern Division

| | |
|---|---|
| Louis Earl Miles Jr.<br>PlAINTIFF | |
| | CASE No# 2:07-CV-950 MHT |
| VS. | |
| Montgomery City Police Dept., ET. Al.<br>Defendants | |

## AFFidAVIT OF Louis Earl Miles Jr.

Come's Now, This is A True And Sworn AFFidAVIT By Louis Earl Miles JR., D.O.B 7-15-63, SSN# 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, which I am over Nineteen (19) Years of Age And I am currently Housed AT The Montgomery [illegible] Jail, P.O. Box 4599, Montgomery, AlA [illegible]. PlAINTIFF STATES The Following.

True STATEMENT And FACTS

(1.) I The plaintiff Has Filed A WRITTEN Response to The Defendants Response of December 7, 2007.

(2.) I The plaintiff has Filed A Answer To The Defendant's Response of December 7, 2007.

(3.) I The plaintiff HAS ATTACHed 16 Legal Documents to support AND Show clear proof That my claims States Full CAUSE of ACTion which relief Should Be GRANTed

(4.) I The plAINTiff STATED His claims is with Full meriT And A EVidenTiary Hearing need To Be Schedule.

(5.) I The plAINTiff Are objection To All § affirmTive defence of The 6. Defendant And Showing clear That All claims of Action is with meriT And STATe clear cause That Full relief should Be GRANTed

Therefore, the plaintiff LOUIS SAM miles Jr. HAS Filed His WRITTEN Response, ANSwer And AffidAviT In compliance with The Direction of The magistrate court order, And prays This court Review His WRITTEN ResponsE

Response And set A Evidentiary Hearing
To Allow parties To show cause. For A
Good And Just cause of action.

I Declare under penalty of perjury
THAT This foregoing Affidavit is True
And Sworn To the Best of my
Knowledge And Executed on ___20th,
day of ___December___, 2007.

x _Louis Earl miles jr._
     Plaintiff

# Memorandum

To:      Lieutenant E.L. Johnson # 367

From:   Corporal W.B. Dickey # 1521

Date:    September 10, 2007

Subject: Arrest of B/M Louis Miles for Burglary 3rd


On September 10, 2007 at 0126 hours this Unit #149 (Cpl. Dickey/Zak) was dispatched to 3996 Birmingham Highway, Main Line Supply Company, in reference to a business alarm with front beam and back door as the indication. Upon arrival, I observed that the sliding gate leading to the rear of the property was partially opened and the pad lock had been cut in half. While standing on the east side of the building waiting for back up to arrive, I heard several noises coming from inside the business. I then made my way to the back of the business and observed a teal colored Jeep Cherokee, tag 3B1142N, near the rear door with its back tailgate hatch open and the back door to the business open. Once I made it to the Jeep I observed several boxes of brass fittings inside, I also could see a silhouette of a subject inside the business reflecting off the light from a coke machine as they moved. While standing beside the Jeep I could see the subject start walking towards the door with an unknown object in his hands. I then positioned myself behind several crates outside to the left of the door. The black male subject, wearing a black button up shirt and blue jeans, then exited out of the business with two white boxes of brass fittings. I then started to give my standard K-9 warnings three times at which time the subject dropped the property and tried to flee back inside the business. It was at this time my K-9 partner Zak was released due to the subject refusing to comply with the warnings. K-9 Zak engaged the subject on his left arm before he was able to make it back inside the business. During this time the subject began to strike and pull away from the Zak causing him to engage the subject's right arm. The subject was then told several times to stop fighting with my partner and to lie down on the ground. The subject complied with the demands to lie down on the ground and my partner was then given the commands to return to his handler. Once the commands were given, Zak disengaged. The subject was then taken into custody and identified as B/M Louis Earl Miles Jr., 07-15-1963 (44), of 4567 Lonesome Pine Drive. Medic Unit 91 responded to treat the suspect's injuries, puncture wounds to both arms. He was then transported by patrol to Jackson Hospital for further treatment. Unit #140 (Lt. Johnson) and Property Detectives responded to the scene.

Cpl. W.B. Dickey #1521

PLAINTIFF
EXHIBIT
1.

15

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | | |

3 LAST, FIRST, MIDDLE NAME: Miles, Lewis, Earl  
6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | 15 SSN |
|---|---|---|---|---|---|---|---|---|
| M | B | 6'00" | 200 | bro | blk | med | | |

☒ SCARS   ☐ MARKS   ☐ TATTOOS   ☐ AMPUTATIONS

16 PLACE OF BIRTH (CITY, COUNTY, STATE): Montgomery, Al.

17 DATE OF BIRTH: 4 | 19 | 98 - 5 4 2 5 0 7 1 5 6 3   18 AGE: 44   19 MISCELLANEOUS ID #

20 SID #   21 FINGERPRINT CLASS KEY   MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL   22 DL #   23 ST

HENRY CLASS   NCIC CLASS

24 MNU #   25 IDENTIFICATION COMMENTS

26 ☒ RESIDENT ☐ NON-RESIDENT   27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 4567 Lonesome Pine Drive Mont. Al. 36116   28 RESIDENCE PHONE: ( 334 ) 288-6388   29 OCCUPATION (BE SPECIFIC): Self-Employed

30 EMPLOYER (NAME OF COMPANY/SCHOOL)   31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)   32 BUSINESS PHONE: ( )

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 3996 Birmingham Hwy Montgomery, Al. 36108   34 SECTOR #: 1 2   35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO   ☐ IN STATE ☐ OUT STATE

36 CONDITION OF   ☐ DRUNK   ☒ SOBER   37 RESIST ARREST? ☒ YES ☐ NO   38 INJURED? ☐ POLICE ☒ NONE   39 ARMED? ☐ Y ☒ N   40 DESCRIPTION OF WEAPON

ARRESTEE   ☐ DRINKING   ☐ DRUGS   ☐ YES ☒ NO   ☐ OFFICER   ☐ ARRESTEE   ☐ HANDGUN   ☐ OTHER FIREARM   ☐ RIFLE   ☐ OTHER WEAPON   ☐ SHOTGUN

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? | 46 UCR CODE |
|---|---|---|---|---|---|
| 09 10 07 | 10 51 ☒1 AM ☐2 PM ☐ MIL | | ☐ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO | |

47 CHARGE-1 ☒ FEL ☐ MISD: Burglary 3rd Degree  
48 CHARGE-2 ☒ FEL ☐ MISD: Theft of Property 1st Degree  
49 UCR CODE

51 WARRANT #: 2007F-01728   52 DATE ISSUED   53 STATE CODE/LOCAL ORDINANCE: 2007F-01727   54 WARRANT #   55 DATE ISSUED

56 CHARGE-3 ☐ FEL ☐ MISD   56 CHARGE-4 ☐ FEL ☐ MISD   59 UCR CODE

60 STATE CODE/LOCAL ORDINANCE   61 WARRANT #   62 DATE ISSUED   63 STATE CODE/LOCAL ORDINANCE   64 WARRANT #   65 DATE ISSUED

66 ARREST DISPOSITION   ☐ HELD ☐ TOT-LE   ☐ BAIL ☐ OTHER   ☐ RELEASED   67 IF OUT ON RELEASE WHAT TYPE?   68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

78 VIN   79 IMPOUNDED? ☐ YES ☐ NO   80 STORAGE LOCATION / IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED   ☐ CONTINUED IN NARRATIVE

**JUVENILE**

82 JUVENILE DISPOSITION   ☐ HANDLED AND RELEASED   ☐ REF. TO WELFARE AGENCY   ☐ REF. TO ADULT COURT   ☐ REF. TO JUVENILE COURT   ☐ REF. TO OTHER POLICE AGENCY   83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)   85 ADDRESS (STREET, CITY, STATE, ZIP)   86 PHONE ( )

87 PARENTS EMPLOYER   88 OCCUPATION   89 ADDRESS (STREET, CITY, STATE, ZIP)   90 PHONE ( )

**RELEASE**

91 DATE AND TIME OF RELEASE   ☐1 AM ☐2 PM ☐ MIL   92 RELEASING OFFICER NAME: Det. M. McCord   93 AGENCY/DIVISION: MPD / Detective   94 ID #: 259

95 RELEASED TO: CITY JAIL   96 AGENCY/DIVISION   97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE   ☐ YES ☐ NO ☐ PARTIAL   99 PROPERTY NOT RELEASED/HELD AT:   100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)  
****************MINOR LACERATIONS TOO BOTH ARMS PRIOR TO ARREST*******************  
TREATED FOR HIS INJURIES AT JACKSON HOSPITAL

HOLD FOR COUNTY

LOCAL USE   STATE USE

102 SIGNATURE OF RECEIVING OFFICER   103 SIGNATURE OF RELEASING OFFICER: #259

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

111 ARRESTING OFFICER (LAST, FIRST, M.): Det. McCord, M.   112 ID #: 259   113 ARRESTING OFFICER (LAST, FIRST, M.)   114 ID #   115 SUPERVISOR   116 WATCH CMDR.

**TYPE OR PRINT IN BLACK INK ONLY**   ACJIC-34 REV. 10-90

PLAINTIFF EXHIBIT

VOLUNTARY STATEMENT FORM

MONTGOMERY POLICE DEPARTMENT

DIV: Detective        BUREAU: Property        DATE: 9/10/07

NAME: Louis Earl Miles                AGE: 44 SEX/RACE: M/B
ADDRESS: 4567 Lonesome Pine Drive      PHONE: 288-6388

CONCERNING: Burglary 3rd Degree

LOCATION OF INTERVIEW  PAB: **YES** NO (SPECIFY): Detective Division

STATEMENT TAKEN BY: Detective M. McCord, #259

Beginning time 1042 Hours.

Q:  Sir, state your name?
A:  Louis Miles.

Q:  Mr. Miles, what's your date of birth?
A:  ████████

Q:  Alright, what's your social security number?
A:  ████████

Q:  Before asking you any questions, did I read you your rights prior to
    questions?
A:  Yes, you did.

Q:  Alright, I'm a read them again for the record, okay.  Alright.  Before
    asking you any questions I must explain to you that you can remain
    silent that anything you say can be used against you in court, that you
    can talk to a lawyer first and that you have the right to the advise and
    presence of a lawyer even though you cannot afford to hire.  If you
    cannot afford to hire a lawyer and want to have one present before we
    question you.  You understand your Rights?
A:  Yes.

Q:  Alright, you can answer questions and stop at anytime, you understand
    that?
A:  Yes.

Q:  Okay, is that your signature at the bottom?
A:  Yes.

Q:  On today's date, September the 10th, 2007 at approximately 1:20 in the
    morning.  Tell me what took place at 3996 Birmingham Highway, that's
    gonna be the location and of Main Line Supply, Pluming Supply
    Company.  Alright, what took place.

ry/D5657                          Page 1 of 3

PLAINTIFF
EXHIBIT

12

8   A:   I was at the place of business had the truck full on the back.  I was
         loading up.

9   Q:   Okay, tell me what happen prior to...
    A:   ...INAUDIBLE.

10  Q:   Tell me what happened prior to that. How did you end up at that
         location?
    A:   I took a friend home.  I took a friend home for a friend and ended up
         out there at Birmingham Highway.  So I was riding back and I seen the
         place and I noticed it have a lot of plumbing stuff so I pulled around
         back and went to load, went, broke in the door and went in there.

11  Q:   Okay, how did you get in?
    A:   With a prier bar.

12  Q:   A prier bar?
    A:   Yes.

13  Q:   Alright, how did you, does it have a fence around it?
    A:   Yes it does.

14  Q:   Okay, how did you get through the fence?
    A:   I cut the lock on the gate.

15  Q:   You cut the lock on the gate?
    A:   Yes.

16  Q:   Okay, and then you pulled your vehicle around to the back?
    A:   Yes, I did.

17  Q:   Alright and what happened after that?
    A:   I went, I start loading up all the brass.

18  Q:   Uh-huh.
    A:   An as I was loading up, the dog man came and told me to get on the
         ground, get on the ground and he siced the dog on me.

19  Q:   Okay, K, K-9 officer?
    A:   K-9, yes.

20  Q:   Okay, with the Montgomery Police Department?
    A:   No it's not, all I know it was K-9.

21  Q:   Is it...
    A:   ...It was K-9.

22  Q:   A police officer
    A:   Well he a police, that officer yeah.

23  Q:   Okay.
    A:   He had a K-9 dog siced on me and the dog ate me up.

13

Q: Okay, but you admitted to breaking in and burglarizing the business?
A: Yeah, I did, I did.

Q: Okay, what kind of, what all did you take from the business?
A: I actually didn't take nothing from the business.

Q: Okay.
A: Didn't get away with nothing.

Q: You didn't get away with nothing. What all did you, were you able to?
A: Brass fitting.

Q: And what else, any type of equipment?
A: It was a lot of **INAUDIBLE** demolition stuff that was it.

Q: Alright, did you manage to load any of that stuff in your vehicle?
A: Yes I did.

Q: You was attacked by the police dog?
A: Yes, I was.

Q: Okay.
A: The police put the dog on me.

Q: Okay.
A: I wasn't attacked by the dog, he actually commanded the dog to me.

Q: Okay.
A: To get me as I on the ground just for something to do. I'm already admitting to his command, yeah, I was on the ground.

Q: Alright.
A: This dog here was held and let go after I got on the ground just for the hell of it.

Q: Were you treated for your injuries?
A: Yes I was.

Q: Alright, where were you treated at?
A: Jackson Hospital, still don't have my prescription yet.

Q: Any of, you have anything else to add to the statement?
A: I just need some medical treatment that's all.

Ending time 1045 Hours.

14

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 04/10/07 02:36 | AM PM MIL | 96 CASE # | 97 SFX | 98 OFFENDER SUSPECT MISSING PERSON | CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|

| 99 NAME (LAST, FIRST, MIDDLE) Miles, Lewis Earl | 100 NICKNAME/ALIAS | 101 RACE W B | 102 SEX M F | 103 DOB 04/11/1963 | 104 AGE 44 |
|---|---|---|---|---|---|

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 4567 Lonesome Pine Dr Montgomery AL | 106 HGT | 107 WGT | 108 EYE Brn | 109 HAIR Blk | 110 COMPLEXION Med |
|---|---|---|---|---|---|

111 PROBABLE DESTINATION

112 ARMED? Y N UNK.  
113 WEAPON

114 CLOTHING Black button-up shirt/blue jeans  
SCARS   MARKS   TATOOS

115 ARRESTED ☑ WANTED

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE | 119 SEX | 120 DOB | 121 AGE |
|---|---|---|---|---|---|

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
|---|---|---|---|---|---|

129 PROBABLE DESTINATION

129 ARMED? Y N UNK.  
130 WEAPON

131 CLOTHING  
SCARS   MARKS   TATOOS

ARRESTED WANTED

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE ( ) | 136 BUS. PHONE ( ) |
|---|---|---|---|
| #1 Cpl JD Ezell 1186 | MPD | ( ) | ( ) |
| #2 Cpl WB Dickey | MPD | ( ) | ( ) |
| #3 | | ( ) | ( ) |
| #4 | | ( ) | ( ) |

WITNESS #1 SSN     WITNESS #2 SSN     WITNESS #3 SSN     WITNESS #4 SSN

137

The listed offender was found exiting the back door of the listed business with two boxes of brass fittings in his hands. Unit 149 (Cpl Dickey) was present at the back of the business due to an alarm at the business. The subject refused to comply with orders to surrender and was taken into custody by K-9 Zac, receiving minor lacerations to both arms. Unit 150 handcuffed the subject and Medics were called. The subject's vehicle was filled with several boxes of fittings and a STIHL saw. The vehicle was impounded. The

CONTINUED ON SUPPLEMENT

ASSISTING AGENCY ORI     ASSISTING AGENCY CASE #     SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person is/are returned.

SIGNATURE

132 LOCAL USE

STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE Y N |
|---|---|---|---|---|---|---|---|

| ADMINISTRATION | 147 CASE STATUS PENDING INACTIVE CLOSED | 148 CASE DISPOSITION: CLEARED BY ARREST (JUV.) CLEARED BY ARREST (ADULT) UNFOUNDED ADM. CLEARED | EXCEPTIONAL CLEARANCE: SUSPECT/OFFENDER DEAD OTHER PROSECUTION EXTRADITION DENIED LACK OF PROSECUTION JUVENILE, NO REFERRAL DEATH OF VICTIM | 149 REPORTING OFFICER Cpl JD Ezell 1186 | ID # |
|---|---|---|---|---|---|
| | ENTERED AFIC/NCIC DATE | | | 150 ASSISTING OFFICER | ID # |
| | | | | 151 SUPERVISOR APPROVAL     ID # 152 WATCH CMDR.     ID # |

PLAINTIFF EXHIBIT 4.

3

## Emergency Medical Run Report

☐ NON-EMERGENCY   ☐ O.C.L.

| Query Date 27 | Incident No. 1522 | Run # 122 | Service Name MFD | State ID # 313 | K-7/13 | Canceled By |

| Call Location 3006 B'Ham Hwy | Call Type medical | Call Method | TIMES |

**Patient Info**

| Name Louis Miles | Age 44 | DOB 7-15-63 | Gender M |
| Address 487 Lonesome Pond | SSN # | Race B |
| City, State Zip | Phone |

| Call Method | |
| 911 | |
| Telephone | Call Received 154 |
| Private | Dispatched |
| Police Department | |
| Sheriff Office | Enroute 154 |
| State Trooper | Location / On Scene 205 |
| | Transport |
| | Destination / Hospital |
| | In Service 225 |
| | Mileage |
| | Miles To Scene |
| | Miles From Scene |

**Medical History**

Current Medications
☑ Brought With Patient ☑ None
☐ List Attached  ☐ Unknown

Allergies ☑ None
☐ Unknown

Medical History

| None | Allergies | Asthma | Cardiac | COPD | Diabetes | ✓ HTN | Resp. Fail | Other |
| Unknown | AMS/Behav | Cancer | CHF | CVA | Drug / Alch | Renal Fail | Seizure | Other |

**Run Info**

Chief Complaint: Dog bites

| AVPU Scale | Speech | Skin | Color | Respirations | Pulse | Pupils |
| Alert ✓ | Coherent ✓ | Normal ✓ | Normal ✓ | Normal ✓ | Normal ✓ | P.E.A.R.L |
| Voice | Incoherent | Moist | Cyanotic | Gnawing | Rapid | Dilated  L / R |
| Pain | Hysterical | Dry | Pale | Distressed | Slow | Fixed  L / R |
| Unresponsive | Slurred | Hot | Flushed | Irregular | Regular | Unequal  L / R |
| Combative | Silent | Cool | Ashen | Absent  L / R | Irregular | Pinpoint  L / R |
| Deceased | Abusive | Other | Jaundice | Other | Weak, Thready | Sluggish  L / R |
| Other | Other | | Other | | Absent | Blind  L / R |

| TIME | PULSE | RESP | SAO2 | BLOOD PRESSURE Systolic | Diastolic | Procedure | Medication / IV Solution | Route | Dosage / Rate | Medic 1/2/3/4 | Notes / Comments |
| 206 | 17 | 20 | 94 | 160 | 100 | | | | | | |

**NARRATIVE**

Upon arrival, found pt in PD custody, Pt. had several small lacerations and punctures on left arm from K-9 unit. Took vitals which were stable. Wrapped wounds & controlled bleeding. Then left pt in PD custody to be transferred to hospital. It will need stitches.

**COPY**

| PERSON RECEIVING PATIENT | DATE | PATIENT DISPOSITION | CREW MEMBER 1 | NUMBER |
| X | | TRANSPORTED BY / TO  PD / Jail | | 58457 |
| | | ☐ P.O.V. ☐ REFUSED ☐ AMBULANCE / E ☐ AMBULANCE / NON E ☐ HEARSE / DFS ☐ OTHER ☐ NONE | CREW MEMBER 2 | NUMBER |
| AUTHORIZING PHYSICIAN | DATE | PATIENT OUTCOME ☐ IMPROVED ☐ NO CHANGE ☐ DETERIORATED | CREW MEMBER 3 | NUMBER |
| MEDICAL CONTROL # | | | CREW MEMBER 4 | NUMBER |

HAVE RECEIVED A COPY OF THIS AGENCIES PRIVACY POLICY

SIGNATURE _____   DATE _____
THIS IS TO CERTIFY THAT I AM REFUSING TREATMENT / TRANSPORT AND HAVE BEEN INFORMED OF THE RISKS OF DOING SO.

PLAINTIFF
EXHIBIT
5.

DEFENDANT'S EXHIBIT 2

Jackson Hospital
1725 Pine St
Montgomery, AL 36106
334-293-8000

## DISCHARGE INSTRUCTIONS

| Patient Name: Miles, Louis | Visit Date: 09/10/2007 02:49 |
|---|---|

You were treated today by :
STEVE AVEZZANO MD

### ADDITIONAL FOLLOWUP INSTRUCTIONS

Arrange for a follow up appointment with patient's own Primary Care Provider in 3-5 days or immediately if your symptoms get worse.
Other follow up instructions: Sutures out in 10 days..

### DISCHARGE INSTRUCTIONS

### ANIMAL BITES

Your exam shows you have been bitten by an animal. These wounds can become infected, even when they seem minor at first. This is especially true for bite wounds of the hand. Cat bites are especially prone to infection. Please rest and elevate your injured part above the level of your heart until the swelling and pain are better. If you have been prescribed an antibiotic, be sure to take all your medicine. Bulky dressings or splints applied to protect your wound should do not remove it until your doctor approves. You may need a tetanus shot if you have not had a booster within the past 5 years.  Call your doctor or go to the emergency room right away if you think your wound is infected. Signs of infection include:
  *Increased redness, swelling, or pain.
  *Pus drainage from the wound or red streaks going up the arm or leg.
  *Difficulty moving the joints near the bite wound.  Certain animals can carry rabies: dogs, cats, monkeys, bats, skunks, coyotes, foxes, wolves, and raccoons.  Rodents, including squirrels, do not carry rabies. Animals that are ill from rabies will act strangely and often attack for no reason. You may need shots to protect you from rabies. If the animal that bit you has not had rabies shots, and it cannot be quarantined for 10 days, then rabies prevention shots may be required to protect you from this potentially fatal disease.  Contact your local animal control department to report your injury.

### SUTURED WOUND CARE

Your cut has been cleaned and closed with sutures, also called stitches. You should keep the area around your wound clean and dry until the stitches are removed. Rest and elevate the injured area until all the pain and swelling are gone.  If a dressing has been applied, it should be removed in  2    days. See your doctor or return here for stitch removal in  10   days.  Call your doctor or the emergency department right away if you think your wound is infected. These include:
  *Unusual redness or swelling around the wound.
  *Increasing pain and tenderness.
  *Pus drainage.
  *Red streaks going up the arm or leg.  After your cut has begun to heal, you may leave it open to the air.  You can clean the stitch line 1-2 times a day with soap and water. However, be careful not to soak the area in water for long periods.  Please wear a dressing to protect your injury while you are at work.  Use a sunscreen on your wound for the next 3-6 months to reduce pigment forming in the scar.  You may need a tetanus booster if you have not had one within 5 years.

PLAINTIFF
EXHIBIT

Jackson Hospital
1725 Pine St
Montgomery, AL 36106
334-293-8000

## DISCHARGE INSTRUCTIONS

| Patient Name: Miles, Louis | Visit Date: 09/10/2007 02:49 |

**CUSTOM INSTRUCTIONS**
There are multiple lacerations with a total estimated length of 8 involving the following areas: left upper arm and biceps, volar aspect of left forearm, right wrist and volar aspect of left wrist Sutures to this wound should be removed in 10 days.

Inmate . . . . :  **MILES,LOUIS,EARL,JR**
Jacket # . . . :       **13858 A   Black          Male**        DOB : **07/15/1963**
Social Sec.# . : **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** Drv Lic#: **F006989**                 State:   **AL**

Book Date/Time : __**9102007**__  __**70839**__   Shift . . . . : ___**1** + 1st Shift
Prisoner Type  : **CTYP** + City Pris   Inmate Number  : _____
Incarceration  : ___**A** + Arrest,Mis   Custody Class  : ___**1** + CustStand

Booking ID #1  : _____**1500** + MARSHA Booking ID #2  : _____ +
Finger Print By: _____ +        Deloused By  . : _____ +
Searched By #1 : _____**1165** + BESTED Searched By #2 : _____ +
Strip Search #1: _____**1165** + BESTED Strip Search #2: _____ +
Reviewed By ID : _____ +        Mug Shot By ID : _____ +
Photo Number . : _____          Taken By ID  . : _____ +
Phone Calls? . : **Y** (Y=Yes, N=No) Housed For ORI : _____ +

**F8=Chg/Hlds  F9=Inm. Act.  F10=Jacket  F14=Ques  F15=Notify  F16=Class**
**F18=Housing  F19=Warrant  F21=Poss.  F22=Addl  F23=Suicide Wtch  F24=Doc**
F3=Exit  F4=Prompt  F6=Print              F12=Cancel

PLAINTIFF
EXHIBIT
7.

# CITY OF MONTGOMERY
## STATE OF ALABAMA

Booking Date & Time:    **09/10/2007**                    BOOKING NUMBER:    **000070882007**

NAME:  **MILES,LOUIS,EARL,JR**

RACE:  **Black**    SEX:  **Male**    DOB:  ▮▮▮▮▮            SSN:  ▮▮▮▮▮

ADDRESS:   **4567 LONESOME PINE DR**

| 1 | COMM. DRIVING WHILE SUSP, R | N0882901 |
| 2 | COMM. DRIVING WHILE SUSP, R | N0886918 |
| 3 | COMM. OTHER TRAFFIC VIOLATI | N0886919 |
| 4 | COMM. IMPROPER TAG | N0882902 |
| 5 | COMM. IMPROPER TAG | N0886917 |

*Booked in @ 7:08 An Rel*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

*PlaintiFF
EXHIBIT
8.*

334-293-8000
Montgomery, AL 36106

1725 Pine St
334-293-8000
Montgomery, AL 36106

'ED CARE
STEVE AVEZZANO MD
DEA No:   BA4054211
License No: AL18250

'ED CARE
STEVE AVEZZANO MD
DEA No:   BA4054211
License No: AL18250

| Patient Name: | MILES, LOUIS | Date: 09/10/2007 |
|---|---|---|
| Patient Address: | 621 COLUMBUS STREET | |
| | MONTGOMERY, AL 36104 | |

| Patient Name: | MILES, LOUIS | Date: 09/10/2( |
|---|---|---|
| Patient Address: | 621 COLUMBUS STREET | |
| | MONTGOMERY, AL 36104 | |

Augmentin 875 mg PO BID

| | |
|---|---|
| | 1 - 24 |
| | 25 - 49 |
| | 50 -74 |
| | 75 - 100 |
| | 101 - 150 |
| | 151 and over |

Qty: 14

Refill (NR) 1 2 3 4 5     Void After _____

_____     _____
Dispense as Written          May Substitute

Prescription is void if more than one (1) prescription is written per blank.

Lortab 5 mg 1 or 2 tablet PO [Q 4-6H prn pain]

| | |
|---|---|
| | 1 - 24 |
| | 25 - 4 |
| | 50 -74 |
| | 7: |
| | 10 |
| | 151 ar |

Qty: 20

Refill (NR) 1 2 3 4 5     Void After _____

_____     _____
Dispense as Written          May Substitute

Prescription is void if more than one (1) prescription is written per blank.

# VOID

# VOID

# City of Montgomery, Alabama
## Department of Police

B/M    Lewis Earl Miles    DOB; 7/15/1963
### NAME

MPD
### PLACE

9/10/07
### DATE

1035 hours
### TIME

Burglary 3rd Degree
### CHARGE

Before asking you any questions, I must explain to you that you can remain silent. that anything you say can be used against you in court. that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one. If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you. If you want to answer questions now. You can do so, but you can stop at any time.

_(signature)_ ke259
### OFFICER

I fully understand the foregoing statement and do willingly agree to answer questions. I understand and know what I am doing. No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

_(signature) Lewis Miles_

WITNESSES:

_____

_____

10

Montgomery Police Department

Release Inmate Maintenance                                              BK0200S1
   Facility :                                Block  . :
   Cell . . :                                Bed  . . :

   Booking #: **AL0030100   2007-00007088**
   Inmate . : **MILES,LOUIS,EARL,JR**
   Jacket . :     **13858 A  Black       Male**          D.O.B.: **07/15/1963**
   Soc. Sec#: **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**  Drv Lic#: **F006989**          **AL**
   Charge . : **AL0030100  COMM. DRIVING WHILE SUSP, REV, CANC**      #: **000**

   Release Date : **9/11/2007**       Time . . . . : **20:43:42**
   Released By  :      **361** + WELCH  Inmate Status : ____ +
   Reason . . . : **RBYC** + Rel By Ct  To ORI # . . : _____
   To Whom/Facil: _____      +
   Ovr Password :                     Ovr Reason  . : **TRF** +
   Print Invoice: **Y** (Y/N)

   **F8=Charges    F9=Inmate Activity    F10=Jacket Info   F13=Delete Release**
   **F14=Questions   F15=Fund Ledger    F20=Override   F21=Poss.   F24=Docs**
   F3=Exit   F4=Prompt   F12=Cancel

PLAINTIFF
EXHIBIT

NURSES NOTES

Miles Louis                    NOTES  2/15/63

| DATE | |
|---|---|
| 4/16/07 | B/P 161/116 |
| 6/7/07 | Seen by Dr. _____ _____ |
| 9/11/07 | _____ inmate received _____ _____ from ... (illegible handwritten notes) |

_____ _____ to left posterior arm and lower
_____ _____ to upper and lower arm and
several opened _____ _____ _____
_____ to left lower leg. _____
_____ c H₂O _____ _____ _____
c tefla dressing _____ _____ left arm
_____ c _____ and wrapped _____ _____
_____

PLAINTIFF
EXHIBIT
12.



STRAIGHT FRONT VIEW OF LEFT ARM



PLAINTIFF
EXHIBIT
(13)



PLAINTIFF
EXHIBIT
04

Side View of left arm

LEFT BACK ARM



PlAINTIFF
EXHIBIT
(US)

LeFT BACK Bicep



PLAINTIFF
EXHIBIT
(16)



TONY D COLLINS
316 TROY ST
MONTGOMERY AL 36104-5348