IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LOUIS E. MILES, JR.,          *

    Plaintiff,                *

    v.                         *          2:07-CV-950-MHT

OFFICER DICKEY, *et al.*,        *

    Defendants.           *

_____

**ORDER ON MOTION**

Pending before the court are Plaintiff's *Motions to Interrogation Defendants*. Plaintiff's discovery request has been read, considered and shall be denied. The information sought in Plaintiff's discovery request is either cumulative of information already provided by Defendants or irrelevant to a determination of the issue pending before this court. Plaintiff's request, however, may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's discovery motions (*Doc. Nos. 25, 26*), be and are hereby DENIED.

Done, this 9th day of January 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE