In the United State Federal Court For
The Middle District of
Montgomery, Alabama

Louis Earl Miles
　　Petitioner

vs.

Case # CV: 950

Montgomery City Police
Dept., Officer Dickey
ET. AL.
Respondent's

Motion To Show
Change of Address
+
Motion For Status
Of Complaint

　　Come's Now The Petitioner Louis Earl Miles ("As pro-Se) In The Above Style Cause Of Action. Hereby Move's This Honorable Court To Acknowledge This Motion Showing A Change of Address From: Montgomery County Jail, P.O. Box 4599, Montgomery——

Alabama 36102 To: Elmore County Jail 8955 U.S. Hwy 231, Wetumpka \Ala 36092. For A Good And Just Cause.

Also petitioner Louis Earl Miles is Hereby Requesting The Status of His Complaint As This 8th day of April, 2008.

Therefore, petitioner pray This Honorable Court Acknowledge Both Motion And Send Acknowledgement To petitioner. For A Good And Just Cause.

Respectfully submitted This 8th day of April, 2008

<u>Certification of Serve</u>

I Hereby certify That I Louis Earl Miles mail This motion To Show A Change of Address + motion For Status of Complaint To: The Federal Court-House, P.O. Box 711, Montgomery \Alabama 36104. By placing The Same in The United State postage serve, postage prepaid on This 8th day of April, 2008

Louis Earl Miles
petitioner

"Legal Mail"

Louis Earl Miles
Elmore County Jail
8955 U.S. Hwy 231
Wetumpka, Ala 36092

ELMORE COUNTY JAIL    36101+0211

C/o Federal Courthouse
P.O. Box 711
Montgomery, Ala 36104

09 APR 2008 PM 1 L
MONTGOMERY AL 361