IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LOUIS E. MILES, JR.,           ) | |
|     )                                | |
|   Plaintiff,        )                | |
|     )          CIVIL ACTION NO.     | |
|   v.                 )          2:07cv950-MHT  | |
|     )                (WO)           | |
| W.B. DICKEY and M. McCORD,  ) | |
|     )                                | |
|   Defendants.      )                | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Louis E. Miles, Jr., filed this lawsuit asserting claims of excessive force pursuant to an arrest, false arrest, unconstitutional conditions of confinement, and inadequate medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants W. B. Dickey and M. McCord's motion for summary judgment be granted in part and denied in part, with the result (1) that summary judgment should be entered in favor of Dickey on all

claims except the excessive-force claim against him in his individual capacity and (2) that summary judgment should be entered in favor of McCord in full.  Also before the court are Miles's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that Miles's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of August, 2010.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE