IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LOUIS E. MILES, JR.,         )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:07cv950-MHT
                             )          (WO)
W.B. DICKEY,                 )
                             )
    Defendant.               )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the court's findings of fact and conclusions of law entered in open court on February 8, 2011, are amended in the following two respects:

(1) The sentence on lines 2-3 on page 3, "Dickey initially told Miles three times to stop and lie down or he would release the dog," is amended to read "Dickey gave Miles the following warning three times: 'Police officer. Speak now or I am going to release my dog.'"

(2) The sentence on lines 16-17 on page 4, "In other words, the use of force maliciously and sadistically to

cause harm is clearly established by law," is amended to read "In other words, that the use of force maliciously and sadistically to cause harm is unconstitutional is clearly established by law."

Therefore, in accordance with the court's findings of fact and conclusions of law entered in open court on February 8, 2011, and as amended by this judgment, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant W.B. Dickey and against plaintiff Louis E. Miles, Jr., with plaintiff Miles taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Miles, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of February, 2011.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE